FILED
8/26/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KG
BC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UL LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-CV-05631 |
| v. | ) | |
| | ) | Chief Judge Wood |
| JOSHUA CALLINGTON | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Joshua Callington, not currently represented by counsel, for his Motion for Enlargement of Time to Answer or Otherwise Plead, states as follows:

1. The Defendant is currently seeking legal representation to respond to the claims filed by his former employer, UL Solutions.
2. Defendant needs additional time to respond to the pleadings submitted by the Plaintiff.
3. This Motion has been delivered to Plaintiff's counsel Richard Kienzler by email on August 26, 2024 to rkienzler@littler.com.
4. The Complaint was served by the Plaintiff to the Defendant on July 8, 2024 and this Motion is therefore timely as filed on August 26, 2024.
5. A minimum extension of 90 days from September 5, 2024 is requested.
6. This Motion is brought in the interest of justice and not for the purposes of delay.

WHEREFORE, Defendant Joshua Callington respectfully requests that the Honorable Court grant this Motion and enter an Order:

(1) Granting Defendant Joshua Callington additional time to answer or otherwise plead to Plaintiff's complaint.

  (2) Such further relief as this Honorable Court deems just and appropriate.

August 26, 2024    Respectfully Submitted,

            JOSHUA CALLINGTON

            By: /s/ Joshua Callington
            joshua@callington.net
            Phone: (612) 879-7300