IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UL LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA CALLINGTON, <br><br> Defendant. | No. 1:24-cv-05631 |

**PROPOSED ORDER**

The Court now enters the following Order based on a review of the Complaint allegations and in the interest of justice:

1. In its Complaint (filed on July 3, 2024), Plaintiff UL LLC ("UL") alleges that Defendant Joshua Callington ("Callington") is now in possession of confidential information, trade secrets, and other information that belongs to UL and/or UL's customers. UL alleges that Callington transferred such information to his personal possession during his UL employment and alleges that Callington has wrongfully refused to return the information and dispossess himself of the information. (*See, e.g.*, Complaint (ECF NO. 1) ¶¶ 1, 2, 4, 47-52, 64-69.)

2. On July 10, 2024, an attorney that represented Callington in connection with the UL investigation referenced in the Complaint (*see, e.g.*, ¶¶ 64 through 69) executed a waiver of service of summons on Callington's behalf. The waiver was filed (*See* ECF No. 2) and set September 9, 2024, as Callington's responsive pleading deadline.

3. On August 26, 2024, Callington filed a Motion for Enlargement of Time to Answer or Otherwise Plead and stated that he is not currently represented by counsel. Callington

requested a "minimum" ninety (90) day extension of time to seek representation and respond to UL's claims. (*See* ECF No. 4).

    4.    Callington's Motion for Enlargement of Time to Answer or Otherwise Plead is <u>granted in part</u> and <u>denied in part</u>. The Court will allow Callington additional time to obtain legal representation but denies Callington's request for a 90-day extension. Instead, the Court orders Callington to file a status report on or before September 30, 2024, stating whether he has been able to secure representation. The Court further orders that any legal representative that Callington retains shall file an appearance of record within three (3) days of his or her retention.

    5.    In addition, the previously scheduled Initial Status Conference on September 17, 2024, at 9:00 AM <u>stands</u> and will proceed as scheduled. (*See* ECF No. 3.)

    6.    Until further order of this Court or other agreement by the Parties, neither Callington nor any third parties acting in concert with Callington, shall use and/or disclose any documents or information alleged to belong to UL and/or UL's customers that is in their possession.

    7.    Until further order of this Court or other agreement by the Parties, Callington, and all third parties acting in concert with him, shall preserve and maintain all of the information that belongs to UL and/or UL's customers that is in their possession, and shall hereafter neither undertake nor permit any activity at any time during the remainder of this proceeding that will cause deletion and/or destruction of information, documents, and any other evidence that is potentially relevant to this lawsuit.

IT IS SO ORDERED THIS _____ DAY OF SEPTEMBER, 2024.

---

  Hon. Andrea R. Wood
  United States District Judge