**Kienzler, Richard**

| | |
|---|---|
| **From:** | Joshua Callington <joshua@callington.net> |
| **Sent:** | Wednesday, August 28, 2024 11:30 AM |
| **To:** | Kienzler, Richard |
| **Subject:** | Re: Case No. 1:24-CV-05631 - Motion for Time Extension |

**[EXTERNAL E-MAIL]**

Dear Mr. Kienzler,

I do not prefer to enter into any agreements with you absent the advice of legal counsel.

On Tue, Aug 27, 2024 at 3:45 PM Kienzler, Richard <RKienzler@littler.com> wrote:

> Mr. Callington:
>
> I am the attorney representing UL LLC in the above referenced lawsuit against you.
>
> On behalf of UL, I confirm receipt of your motion for an extension of time to respond to the Complaint. In principle, UL has no objection to allowing you additional time to secure legal representation. However, UL believes that it is more appropriate for you to keep the Company and the Court updated on your efforts to find an attorney more frequently, and we suggest that you file a status report on September 30, 2024 to update everyone on your efforts. The Company additionally requests that you agree to the entry of a Court order that prohibits you, or any third parties acting in concert with you, from (i) using or disclosing to third parties any of the information that belongs to UL and/or UL's customers that is in your possession and alleged to be confidential, trade secret, or proprietary, and (ii) deleting or destroying any evidence that is potentially relevant to the lawsuit that has been filed against you.
>
> I have prepared a proposed order that outlines the proposal from UL and it is attached to this message. By 12:00 CT tomorrow, please respond and tell me whether you agree to the proposal in the attached order. If I do not hear from you or you do not agree to the entry of the proposed order by the Court, I will move forward on UL's behalf and note your position for the Court.
>
> Thank you.
>
> Richard Kienzler
> Shareholder

312.795.3254 direct, 217.553.0721 mobile, 312.602.3881 fax
rkienzler@littler.com

**Littler**
321 N Clark St, Suite 1100, Chicago, IL 60654

---

**From:** Joshua Callington <joshua@callington.net>
**Sent:** Monday, August 26, 2024 7:21 AM
**To:** Laritza_Arcos@ilnd.uscourts.gov
**Cc:** Kienzler, Richard <RKienzler@littler.com>
**Subject:** Case No. 1:24-CV-05631 - Motion for Time Extension

Hello,

Please file the enclosed Motion for Enlargement of Time to Answer or Otherwise Plead for Case No. 1:24-CV-05631. I've also uploaded this to the court's e-filing website.

Regards,

Joshua Callington

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.