



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UL LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-CV-05631 |
| v. ) | |
| ) | Chief Judge Wood |
| JOSHUA CALLINGTON ) | |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

**OPPOSITION TO PLAINTIFF'S MOTION TO OPPOSE DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Joshua Callington, not currently represented by counsel, for his Opposition to Plaintiff's Motion to Oppose Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead, states as follows:

1. The Defendant is currently seeking legal representation to respond to the claims filed by his former employer, UL Solutions.
2. Defendant needs additional time to respond to the pleadings submitted by the Plaintiff. A minimum extension is currently being requested of 90 days from September 5, 2024.
3. In addition to the Plaintiff objecting to the Defendant's request for 90 days to continue seeking counsel, the Plaintiff has also requested a "document preservation order and a non-use/non-disclosure order".
4. It is requested that the court not make a ruling on the Plaintiff's request for "a non-use/non-disclosure order" until after the Defendant has secured legal counsel and that counsel can submit any relevant pleadings related to this.

WHEREFORE, Defendant Joshua Callington respectfully requests that the Honorable Court grant this Motion and enter an Order:

(1) Granting Defendant Joshua Callington additional time to answer or otherwise plead to Plaintiff's complaint for a period of at least 90 days from September 5, 2024.
(2) Denying Plaintiff's motion to limit or restrict the use or disclosure of "any documents or information alleged to belong to UL and/or UL's customers".
(3) Such further relief as this Honorable Court deems just and appropriate.

September 10, 2024          Respectfully Submitted,

                            JOSHUA CALLINGTON

                            By: /s/ Joshua Callington
                            joshua@callington.net
                            Phone: (612) 879-7300