## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UL LLC

                Plaintiff,

v.                                                   Case No.: 1:24−cv−05631
                                                        Honorable Andrea R. Wood

Joshua Callington

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/17/2024. For the reasons stated on the record, Defendant's motion for enlargement of time to answer or otherwise plead [4] is granted in part as follows. Plaintiff's obligation to answer or otherwise respond to the complaint shall be held in abeyance until the next status hearing to allow time for Defendant to secure counsel. The Court will evaluate the necessity of a continued extension of the answer date at the next status hearing. In the meantime, to maintain the status quo and prevent prejudice to Plaintiff from Defendant's request for a significant extension of time to respond to the complaint, the Court grants Plaintiff's request for entry of a document preservation and non−disclosure order. By 5:00 pm on 9/19/2024, the parties shall submit a revised document preservation and non−disclosure proposed order to chambers. The Clerk is directed to send Defendant Joshua Callington a blank pro se appearance form, to be completed and filed by Defendant Callington. Telephonic status hearing set for 10/23/2024 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.