IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UL LLC,<br><br>  Plaintiff,<br><br>v.<br><br>JOSHUA CALLINGTON,<br><br>  Defendant. | No. 1:24-cv-05631 |

**PLAINTIFF UL LLC'S STATUS REPORT**

  An initial status conference was held by telephone on September 17, 2024. (ECF 12.) During the conference, the Court engaged in discussion on the record regarding revisions to the original document preservation and non-disclosure order that was submitted by UL LLC ("UL") on September 3, 2024. (ECF 5-1.) With revisions, the Court ruled that it would enter a document preservation and non-disclosure order. (ECF 12.) The Court ordered the parties to submit a revised order by 5:00 PM today. (*Id.*)

  On September 18, 2024, UL emailed a revised proposed order to Joshua Callington. (*See* Exhibit 1, group email correspondence.) On September 19, 2024, Callington proposed edits to UL's order. (*Id.*) Callington's edits are not acceptable to UL and are not consistent with the Court's instructions and findings made on the record during the initial status conference. UL proposed a phone call with Callington to discuss his edits, but Callington declined the invitation. (*Id.*)

  To adhere to the Court's order, UL has submitted the following to the Court's proposed order email inbox: (i) a file-stamped copy of this Status Report; (ii) a Word version of UL's

1

proposed order; and (iii) a redlined Word version of the same document that shows Callington's edits.

UL has attempted to reach agreement on the language of the document preservation and non-disclosure order that should now be entered in this case without success. UL does not agree to Callington's proposed edits, and believes they relate to issues that the Court already discussed, determined and ruled upon. If the Court requests any additional information from UL, UL is available to discuss this dispute.

Dated: September 19, 2024

Respectfully submitted,

UL LLC

By: /s/ Richard T. Kienzler
      One of its attorneys

Richard T. Kienzler
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Phone: (312)-372-5520
Email: rkienzler@littler.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the date shown below he caused a copy of the foregoing document to be filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois and served on the following parties via email:

    Joshua Callington (joshua@callington.net)

| | |
|---|---|
| Dated: September 19, 2024 | /s/ Richard T. Kienzler |