# Kienzler, Richard

| | |
|---|---|
| **From:** | Joshua Callington <joshua@callington.net> |
| **Sent:** | Thursday, September 19, 2024 11:13 AM |
| **To:** | Kienzler, Richard |
| **Cc:** | Griffith, Kevin |
| **Subject:** | Re: UL LLC v. Callington, Case No. 24-cv-5631 |

Dear Mr. Kienzler,

Please submit both my version and yours to the court. It is my opinion that the revisions I made are in closer alignment to the court's pronouncements on Tuesday.

Regards,
Joshua Callington

On Thu, Sep 19, 2024 at 10:57 AM Kienzler, Richard <RKienzler@littler.com> wrote:

> Mr. Callington,
>
> I have run a "compare" of your revised document against ours and the result is attached.
>
> Here is our position on your changes:
>
> 1. If we reach agreement on the substance of the order, we would agree to add the word "Interim" to the title of the document.
> 2. Paragraph 4 – We do not agree to your edit. This issue has already been decided by the Court.
> 3. Paragraph 6 – We do not agree to your edits. Again, this issue has already been decided by the Court, and beyond that, we do not understand the basis for the edits.
>
> If you want to discuss Paragraph 6, I will make myself available to do so at 2:45 CT. If you do not wish to get on the phone with me, please state that in response to this email. In that instance, I will submit both UL's original document and your redlined version of the document to the Court's staff this afternoon.
>
> Rick
>
> **Richard Kienzler**
> Shareholder

1

312.795.3254 direct, 217.553.0721 mobile, 312.602.3881 fax
rkienzler@littler.com

**Littler**

321 N Clark St, Suite 1100, Chicago, IL 60654

**From:** Joshua Callington <joshua@callington.net>
**Sent:** Thursday, September 19, 2024 10:38 AM
**To:** Kienzler, Richard <RKienzler@littler.com>
**Cc:** Griffith, Kevin <KGriffith@littler.com>
**Subject:** Re: UL LLC v. Callington, Case No. 24-cv-5631

Dear Mr. Kienzler,

Revisions have been made to the attached document. I support submission of the attached version to the court.

Regards,

Joshua Callington

On Wed, Sep 18, 2024 at 3:58 PM Kienzler, Richard <RKienzler@littler.com> wrote:

> Mr. Callington,
>
> Consistent with the Court's order yesterday during the telephone conference, attached please find a revised Proposed Order that UL wishes to submit to the Court for entry. Please review and let me know whether you agree that the order addresses the issues discussed by the Court. We are required to submit this order by 5:00 PM tomorrow, so please let me know your position as soon as you can.
>
> Thank you.

**Richard Kienzler**
Shareholder
312.795.3254 direct, 217.553.0721 mobile, 312.602.3881 fax
rkienzler@littler.com



Labor & Employment Law Solutions | Local Everywhere
321 N Clark St, Suite 1100, Chicago, IL 60654

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.