# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UL LLC,<br><br>        *Plaintiff,*<br><br>-v-<br><br>JOSHUA CALLINGTON,<br><br>        *Defendant.* | Case No. 1:24-cv-05631<br>Hon. Andrea R. Wood |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance on behalf of Joshua Callington, in the above-captioned matter.

Dated: October 23, 2024
New York, NY

By: */s/ Agatha M. Cole*
Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com