# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UL LLC

                Plaintiff,

v.                                           Case No.: 1:24−cv−05631
                                                   Honorable Andrea R. Wood

Joshua Callington

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 24, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/23/2024. Counsel appears for Defendant Callington. For reasons stated on the record, the interim document preservation non−disclosure order will be entered. Enter Order. This is an interim order intended to maintain the status quo while counsel discuss the terms of an order to remain in place for the duration of the case. Counsel for the parties shall meet and confer and file a motion for entry of a confidentiality order by 11/1/2024 to supersede the document preservation non−disclosure order. If the parties cannot agree, they can file opposing motions. The Court will set a responsive pleading date for Defendant at the next status hearing. Telephonic status hearing is set for 11/6/2024 at 1:30 p.m. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.