IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UL LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA CALLINGTON, <br><br> Defendant. | No. 1:24-cv-05631 |

**JOINT STATUS REPORT AND MOTION FOR EXTENSION OF TIME**

Since the entry of the Court's October 24, 2024, order (ECF No. 16), counsel for UL LLC and Joshua Callington (collectively, the "Parties") have exchanged substantive emails and engaged in a productive meet and confer telephone call regarding the entry of a stipulated confidentiality order suitable to remain in place for the duration of the case. The Parties believe that continued discussions may result in an agreement on a stipulated confidentiality order or will, at a minimum, narrow issues in dispute between the parties. Consequently, the Parties respectfully request additional time, until November 15, 2024, to continue discussing a stipulated confidentiality order and to file an agreed motion or opposing motions. The Parties agree that the Interim Document Preservation and Non-Disclosure Order (ECF No. 17) should remain in place during this extension of time.

Additionally, the Parties discussed a responsive pleading schedule, and will continue these discussions. As the Parties have not yet agreed on a responsive pleading schedule, the Parties request that the telephonic status hearing set for November 6, 2024, remain.

The Parties will promptly advise the Court if there is an agreement on the responsive pleading schedule.

Dated: November 1, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Agatha M. Cole* | /s/ *Richard T. Kienzler* |
| Agatha M. Cole | Richard T. Kienzler |
| BEVERLY PLLC | Littler Mendelson, P.C. |
| 43 West 43rd Street, Suite 159 | 321 North Clark Street, Suite 1100 |
| New York, NY 10036 | Chicago, IL 60654 |
| (828) 773-2628 | Phone: 312.372.5520 |
| agatha@beverlypllc.com | Email: rkienzler@littler.com |
| | |
| *Attorney for Defendant Joshua Callington* | Kevin Griffith (*pro hac vice*) |
| | Emily Levy (*pro hac vice*) |
| | Littler Mendelson, P.C. |
| | 41 South High Street, Suite 3250 |
| | Columbus, OH 43215 |
| | Telephone: 614.463.4206 |
| | Emails: kgriffith@littler.com |
| | elevy@littler.com |
| | |
| | *Attorneys for Plaintiff UL Solutions* |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the date shown below he caused a copy of the foregoing document to be filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois and served on the following parties via email:

Agatha M. Cole<br>
BEVERLY PLLC<br>
43 West 43rd Street, Suite 159<br>
New York, NY 10036<br>
(828) 773-2628<br>
agatha@beverlypllc.com

Dated: November 1, 2024                                                      */s/ Richard T. Kienzler*

4872-6726-1941.1 / 118575-1072