# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UL LLC

                Plaintiff,

v.                                                  Case No.: 1:24−cv−05631
                                                   Honorable Andrea R. Wood

Joshua Callington

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for extension of time [19] is granted. The deadline for the parties to file a motion for entry of a confidentiality order is extended to 11/15/2024. The interim document preservation non−disclosure order will remain in place until further order of the Court. Telephonic status hearing set for 11/6/2024 remains firm. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.