# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UL LLC

                Plaintiff,

v.                                              Case No.: 1:24–cv–05631
                                                Honorable Andrea R. Wood

Joshua Callington

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 27, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 11/27/2024. The Court heard oral argument on Plaintiff's motion for entry of a confidentiality order [22] and Defendant's motion to dissolve interim protective order [23]. The motions are taken under advisement for written ruling. Telephonic status hearing set for 1/9/2025 [21] remains firm. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.