IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA CALLINGTON,** <br><br> Defendant. | Case No. 1:24-cv-05631 <br><br> Hon. Andrea R. Wood |

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL

Please take notice that James M. Witz, Esq., of Littler Mendelson, P.C., 321 North Clark Street, Suite 1100, Chicago, Illinois 60654, hereby enters his appearance as lead counsel for Plaintiff UL LLC. Undersigned counsel respectfully requests that he be served with all future filings, motions, and documents.

Dated this 24th day of January, 2025.

Respectfully submitted,

**UL LLC**

By: /s/ *James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.795.3246
Facsimile: 312.277.9416
E-mail: jwitz@littler.com

|  |  |
|---|---|
|  | Kevin E. Griffith (*admitted pro hac vice*) |
|  | Emily E. Levy (*admitted pro hac vice*) |
|  | LITTLER MENDELSON, P.C. |
|  | 41 South High Street, Suite 3250 |
|  | Columbus, OH  43215 |
|  | Telephone:   614.463.4210 |
|  | Facsimile:    614.737.9135 |
|  | E-mail:         kgriffith@littler.com |
|  |                     elevy@littler.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 24th day of January, 2025, filed a copy of the foregoing document, *Plaintiff's Notice of Appearance of Counsel*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

                                                               */s/ James M. Witz*
                                                                An Attorney for Plaintiff

4914-8119-8610.1 / 118575-1072