**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UL LLC,**<br><br>      Plaintiff,<br><br>    v.<br><br>**JOSHUA CALLINGTON,**<br><br>      Defendant. | Case No. 1:24-cv-05631<br><br>Hon. Andrea R. Wood |

### PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE OF RICHARD T. KIENZLER

Plaintiff UL LLC ("UL") is currently represented in this matter by: (i) Richard T. Kienzler, who is a licensed Illinois attorney and a member of this Court's bar; (ii) Kevin Griffith, an Ohio attorney who was granted leave to appear *pro hac vice* (ECF Nos. 8 & 11); and (iii) Emily Levy, an Ohio attorney who was granted leave to appear *pro hac vice*. (ECF Nos. 9 & 11). In addition, on January 24, 2025, James Witz, filed an appearance on behalf of UL. (ECF No. 32). Mr. Witz is a licensed Illinois attorney and a member of this Court's bar. Mr. Kienzler, Mr. Griffith, Ms. Levy, and Mr. Witz are all attorneys practicing with the law firm Littler Mendelson, P.C.

Through this motion, and pursuant to Local Rule 83.17, Mr. Kienzler respectfully requests leave to withdraw his appearance on behalf of UL. Such withdrawal is necessary because Mr. Kienzler has resigned his employment with Littler Mendelson, P.C. for an in-house counsel position, and as of January 10, 2025, he is no longer employed at the firm.

Mr. Griffith, Ms. Levy, Mr. Witz, and Littler Mendelson, P.C. will continue to serve as counsel for UL. This motion is brought neither in bad faith nor for purposes of delay.

Dated this 24th day of January, 2025.

Respectfully submitted,

**UL LLC**

By: */s/ James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
Telephone:   312.795.3246
Facsimile:   312.277.9416
E-mail:      jwitz@littler.com

-and-

Kevin E. Griffith (*pro hac vice*)
Emily E. Levy (*pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH  43215
Telephone:   614.463.4206
Facsimile:   614.737.9135
E-mail:      kgriffith@littler.com
             elevy@littler.com

-and-

ATTORNEY SEEKING WITHDRAWAL

*/s/ Richard T. Kienzler*
Richard T. Kienzler
Formerly at:
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
Telephone:   312.372.5520
E-mail:      rkienzler@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 24th day of January, 2025, filed a copy of the foregoing document, *Plaintiff's Motion to Withdraw Appearance of Richard T. Kienzler*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

*/s/ James M. Witz*
An Attorney for Plaintiff

4918-0113-8445.1 / 118575.1072