IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**JOSHUA CALLINGTON,**<br><br>          Defendant. | Case No. 1:24-cv-05631<br><br>Hon. Andrea R. Wood |

### UNCONTESTED MOTION OF SUBSTITUTION OF COUNSEL

Plaintiff UL LLC ("Plaintiff"), by and through its counsel, hereby moves this Court to substitute James M. Witz of Littler Mendelson, P.C. in place of Richard T. Kienzler, previously of Littler Mendelson, P.C., as lead counsel for Plaintiff. Kevin Griffith and Emily Levy will continue to also represent UL LLC.

By e-mail confirmation on January 24, 2025, Defendant's counsel does not oppose this motion.

Dated this 24th day of January, 2025.

Respectfully submitted,

**UL LLC**

By: */s/ James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
Telephone:     312.795.3246
Facsimile:     312.277.9416
E-mail:          jwitz@littler.com

Kevin E. Griffith (*pro hac vice*)
Emily E. Levy (*pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Telephone: 614.463.4206
Facsimile: 614.737.9135
E-mail: kgriffith@littler.com
elevy@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 24th day of January, 2025, filed a copy of the foregoing document, *Uncontested Motion of Substitution of Counsel*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

*/s/ James M. Witz*
An Attorney for Plaintiff

4900-7977-7810.1 / 118575.1072