**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

UL LLC
                Plaintiff,

v.                                          Case No.: 1:24−cv−05631
                                                     Honorable Andrea R. Wood

Joshua Callington
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

        MINUTE entry before the Honorable Andrea R. Wood: At the emailed request of the parties, the Court enters the following briefing schedule on Defendant's special motion to strike or dismiss all claims pursuant to Anti−Slapp provisions of Oregon Law, or Rev. Stat. § 31.150 [31]. Plaintiff shall file a response by 2/6/2025. Defendant shall file a reply by 2/20/2025. Defendant's motion to strike or dismiss [29] is stricken in light of the corrected motion [31]. Additionally, Plaintiff's motion to withdraw appearance of Richard T. Kienzler [33] and uncontested motion of substitution of counsel [34] are granted. Attorney James M. Witz is substituted as counsel for Plaintiff UL LLC. Attorney Richard T. Kienzler is terminated as counsel of record. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.