IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA CALLINGTON,** <br><br> Defendant. | Case No. 1:24-cv-05631 <br><br> Hon. Andrea R. Wood |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7.1, Plaintiff UL LLC ("UL") respectfully moves this Court for five-page extension of the page limit for its brief in opposition to Defendant's *Special Motion to Strike or Dismiss All Claims Pursuant to Anti-SLAPP Provisions of Oregon Law, OR. REV. STAT. § 31.150.* The local rules impose a 15-page limit for any brief in opposition to any motion. N.D. Ill. L.R. 7.1. But, in this instance, the 15-page limit does not provide UL with adequate space in which to (1) respond to all arguments made by Defendant, including arguments in the body and footnotes of his Motion; and (2) sufficiently argue, with supporting legal authorities, why none of Plaintiff's claims should be dismissed under Fed. R. Civ. P. 12(b)(6) or Oregon's anti-SLAPP statute. UL estimates that the completed brief in opposition will be no longer than 20 pages in length.

By email communications on February 5 and 6, 2025, Plaintiff's counsel asked Defendant's counsel whether Defendant would not oppose this Motion and Plaintiff's request for a five-page extension to the page limit. Plaintiff's counsel also contacted Defendant's counsel via phone on February 7, 2024, and left a voicemail. As of the time of this filing, Defendant's counsel has not responded.

4936-3796-6615

For these reasons, UL respectfully requests that this Court grant its motion for leave to exceed page limitations, thereby increasing the page limit for its brief in opposition from 15 pages to 20 pages.

        Respectfully submitted,

        **UL LLC**

By: /s/ *James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone:   312.795.3246
Facsimile:   312.277.9416
E-mail:   jwitz@littler.com

Kevin E. Griffith (*admitted pro hac vice*)
Emily E. Levy (*admitted pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Telephone:   614.463.4210
Facsimile:   614.737.9135
E-mail:   kgriffith@littler.com
          elevy@littler.com

4936-3796-6615

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of February, 2025, filed a copy of the foregoing document, *Plaintiff's Motion for Leave to Exceed Page Limitation*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

*/s/ James M. Witz*
An Attorney for Plaintiff

4936-3796-6615.1 / 118575-1072