# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

UL LLC

                    Plaintiff,

v.                                             Case No.: 1:24−cv−05631
                                                    Honorable Andrea R. Wood

Joshua Callington

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, February 9, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for leave to exceed page limitation [37] is granted. Plaintiff may file a brief of no more than 20 pages in response to Defendant's special motion to strike or dismiss [31]. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.