IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA CALLINGTON,** <br><br> Defendant. | Case No. 1:24-cv-05631 <br><br> Hon. Andrea R. Wood |

### CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES OF PLAINTIFF UL LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff UL LLC states as follows:

1. UL Solutions Inc. is the parent company of UL LLC.

2. ULSE Inc. owns 10% or more of the stock of UL Solutions Inc.

Respectfully submitted,

**UL LLC**

By: /s/ *James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
Telephone:	312.795.3246
Facsimile:	312.277.9416
E-mail:	jwitz@littler.com

Kevin E. Griffith (*admitted pro hac vice*)
Emily E. Levy (*admitted pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Telephone: 614.463.4210
Facsimile: 614.737.9135
E-mail: kgriffith@littler.com
elevy@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 4th day of March, 2025, filed a copy of the foregoing document, *Corporate Disclosure Statement and Notification as to Affiliates of Plaintiff UL LLC*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

*/s/ James M. Witz*
An Attorney for Plaintiff

4913-6563-0746.1 / 118575.1072