UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

UL LLC
                              Plaintiff,

v.                                                 Case No.: 1:24−cv−05631
                                                                       Honorable Andrea R. Wood

Joshua Callington
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 3/5/2025. As discussed on the record, Defendant shall file a reply to their motion to dismiss by 3/19/2025. The Court orally denies Plaintiff's request to deem Defendant's motion to dismiss [31] untimely; instead, pursuant to ORS 31.152, the Court exercises its discretion to allow the filing past the presumptive 60−day deadline. Defendant's oral motion to strike their motion to strike or dismiss [29] is granted as unopposed. The document no. [29] is stricken and shall be placed under seal. Defendant's motion/request for clarification [41] is terminated as having been addressed on the record. Telephonic status hearing set for 4/24/2025 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.