IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,**<br><br>   Plaintiff,<br><br> v.<br><br>**JOSHUA CALLINGTON,**<br><br>   Defendant. | Case No. 1:24-cv-05631<br><br>Hon. Andrea R. Wood |

## UL LLC'S MOTION TO STRIKE DEFENDANT JOSHUA CALLINGTON'S REPLY AND SEALED EXHIBIT A

Pursuant to the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules, including Fed. R. Civ. P. 12(f) and Local Rules 78.3 and 26.2, Plaintiff UL LLC ("UL"), by and through the undersigned counsel, respectfully moves for an Order striking Defendant Joshua Callington's ("Callington") *Reply Brief in Further Support of Defendant's Special (Anti-SLAPP) Motion* ("Reply") or, alternatively, to strike Exhibit A, the purportedly sealed evidentiary materials Defendant has submitted with the Reply. In support of this Motion, UL has contemporaneously filed its Memorandum In Support of Its Motion to Strike, which UL incorporates by reference herein.

**WHEREFORE**, UL respectfully requests that the Court grant its Motion to Strike Callington's Reply as untimely, or alternatively, strike Sealed Exhibit A to Callington's Reply because it is an improper attachment under Oregon's anti-SLAPP statute and because Callington failed to file the document properly under seal.

| | |
|---|---|
| Date: March 27, 2025 | Respectfully submitted,<br><br>**UL LLC**<br><br><br>By: */s/ James M. Witz*<br>One of Plaintiff's Attorneys<br><br>James M. Witz<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, IL 60654<br>Telephone: 312.795.3246<br>Facsimile: 312.277.9416<br>E-mail: jwitz@littler.com<br><br>Kevin E. Griffith (*pro hac vice*)<br>Emily E. Levy (*pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>41 South High Street, Suite 3250<br>Columbus, OH 43215<br>Telephone: 614.463.4210<br>Facsimile: 614.737.9135<br>E-mail: kgriffith@littler.com<br>elevy@littler.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this 27th day of March, 2025, filed a copy of the foregoing document, *UL LLC's Motion to Strike Defendant Joshua Callington's Reply and Sealed Exhibit A*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

                     */s/ James M. Witz*
                     An Attorney for Plaintiff

4916-4765-8284 / 118575.1072