**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: UL LLC                                  Case Number: 1:24-CV-05631

An appearance is hereby filed by the undersigned as attorney for:
Joshua Callington

Attorney name (type or print): Leonard C. Goodman

Firm:   Goodman Law Office

Street address:   53 W. Jackson Blvd, Suite 1650

City/State/Zip:   Chicago, Il. 60614

Bar ID Number: 6201243                              Telephone Number:   312-986-1984
(See item 3 in instructions)

Email Address: lcgoodman@rcn.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/3/2025

Attorney signature:   S/ Leonard C. Goodman
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023