**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing amicus brief and accompanying motion was filed on April 21, 2025, via the Court's electronic filing system, such that counsel for all parties who have entered an appearance in this matter will have received contemporaneous electronic notice of the filing.

                          by:   /s/ *Leonard C. Goodman*