**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
**Eastern Division**

UL LLC
                    Plaintiff,

v.                                            Case No.: 1:24−cv−05631
                                                Honorable Andrea R. Wood

Joshua Callington
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/24/2025. As stated on the record, the attorney appearance filed at docket no. [50] is stricken as erroneously filed. The Court sets the following briefing schedule on the Amicus Curiae brief in support of Defendant's Anti−Slapp motion [52]. Responses shall be filed by 5/5/2025. Replies shall be filed by 5/12/2025. The Court takes under advisement Defendant's request for oral argument on his special motion to strike or dismiss all claims pursuant to Anti−Slapp provisions of Oregon Law, or Rev. Stat. § 31.150 [31]. Telephonic status hearing set for 5/5/2025 at 1:30 PM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.