# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UL LLC

                Plaintiff,

v.                                      Case No.: 1:24−cv−05631
                                         Honorable Andrea R. Wood

Joshua Callington

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2025:

      MINUTE entry before the Honorable Andrea R. Wood:Telephone conference held. Plaintiff to file Preliminary Injunction Motion regarding Plaintiff's use and disclosure of allegedly misappropriated documents, with supporting declarations, by 5/20/25; response due June 3, 2025. An oral argument to address the anticipated preliminary injunction motion and the pending Special Motion to Strike or Dismiss Pursuant to Anti−Slapp Provisions of Oregon Law [31] is set for 6/18/2025 at 11:00 a.m. by video conference. Counsel of record will receive an email 30 minutes prior to the start of the video conference with instructions to join the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.