IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA CALLINGTON,** <br><br> Defendant. | Case No. 1:24-cv-05631 <br><br> Hon. Andrea R. Wood |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7.1, Plaintiff UL LLC ("UL") respectfully moves this Court for up to a 10-page extension of the page limit for its Memorandum in Support of its Motion for Preliminary Injunction. The local rules impose a 15-page limit for any brief in support of any motion. N.D. Ill. L.R. 7.1. In this instance, the 15-page limit does not provide UL with adequate space to sufficiently argue, with supporting legal authorities, for why injunctive relief is necessary and appropriate. Additional space to fully and properly argue why Plaintiff will suffer irreparable harm before final resolution of its claims without the requested injunctive relief, why the legal remedies are inadequate, and why Plaintiff's claims have a likelihood of success on the merits. UL estimates that the completed brief in support will be no longer than 25 pages in length. UL, of course, will strive to produce a concise brief short of the requested 25 pages, if possible.

By email communications on May 13, 2025, Plaintiff's counsel asked Defendant's counsel whether Defendant was agreeable to the additional pages requested in this Motion. In response, Defendant's counsel would not agree to the additional pages requested in this Motion absent UL's agreement to a condition to which UL chose not to agree.

For these reasons, UL respectfully requests that this Court grant its motion for leave to exceed page limitations, thereby increasing the page limit for its brief in support from 15 pages to up to 25 pages.

Respectfully submitted,

**UL LLC**

By: */s/ James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.795.3246
Facsimile: 312.277.9416
E-mail: jwitz@littler.com

Kevin E. Griffith (*admitted pro hac vice*)
Emily E. Levy (*admitted pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Telephone: 614.463.4210
Facsimile: 614.737.9135
E-mail: kgriffith@littler.com
elevy@littler.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this 14th day of May, 2025, filed a copy of the foregoing document, *Plaintiff's Motion for Leave to Exceed Page Limitation*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

*/s/ James M. Witz*
An Attorney for Plaintiff

4927-0034-1315 / 118575.1072