# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: UL LLC v. Joshua Callington

Case Number: 1:24-cv-05631

An appearance is hereby filed by the undersigned as attorney for:

UL LLC

Attorney name (type or print): Emily E. Levy

Firm: Littler Mendelson, P.C.

Street address: 41 South High Street, Suite 3250

City/State/Zip: Columbus, Ohio 43215

Bar ID Number: OH 0100903 (pro hac vice) Telephone Number: 614-463-4206
(See item 3 in instructions)

Email Address: elevy@littler.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you a member of the court's general bar? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| Are you appearing *pro hac vice*? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 19, 2025

Attorney signature: S/ Emily E. Levy
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023