# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UL LLC, | |
| Plaintiff, | Case No. 1:24-cv-05631 |
| v. | Hon. Andrea R. Wood |
| JOSHUA CALLINGTON, | |
| Defendant. | |

## DECLARATION OF ANDREW VANHAGEN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Andrew VanHagen, do hereby declare and state:

1. I am over 18 years of age, and if called to testify, I would be competent to testify as to what is set forth in this Declaration.

2. The facts set forth in this Declaration are based on my own personal knowledge and review of internal UL documents.

3. I am currently employed by UL LLC ("UL") as Senior Product/Service Specialist within UL's Retail and Consumer Product ("RCP") customer operating unit. During the time period relevant to this lawsuit, I was a Global Business Manager-for Responsible Sourcing within RCP.

4. UL's Responsible Sourcing group provides UL with a unique economic advantage in the marketplace based on the quality of the auditors, the training at UL to which each auditor has access and can participate in, and the unique workflow methods and procedures UL has created in which audit information is compiled and distilled into an audit report. UL has expended a great deal of time, brainpower, and financial resources to develop its auditor training

programs, auditing policies, quality standards and tools, workflow processes, and levels of review, all to build and maintain a competitive advantage in the social responsibility audit field.

5. During an audit, UL's customer's suppliers provide an auditor with a large amount of confidential information to complete the audit including, but not limited to, access to their facilities, employee and management interviews, internal processes, personnel files and employment records, payroll records, timecards, operational status of equipment and machinery, safety records, and citizenship verification records.

6. UL's audit reports and the documents used to create the audit reports include confidential information identifying and related to UL's customers and suppliers, including but not limited to key personnel information and their contact information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20 day of May, 2025.

/s/ Andrew VanHagen

4905-3620-9989.1 / 118575.1072