# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,**<br><br>       Plaintiff,<br><br>    v.<br><br>**JOSHUA CALLINGTON,**<br><br>       Defendant. | Case No. 1:24-cv-05631<br><br>Hon. Andrea R. Wood |

### DECLARATION OF GEETANJLI MALHOTRA IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Geetanjli Malhotra, declare and state:

1.      I am over 18 years of age, and if called to testify, I am competent to testify as to what is set forth in this Declaration.

2.      I am a Partner with Sidley Austin LLP ("Sidley") in Chicago. In my practice, among other things, I conduct internal corporate investigations on behalf of companies. The facts set forth in this Declaration are based on my personal knowledge.

3.      During 2024, I participated in an internal investigation for UL Solutions Inc., the parent corporation to UL LLC ("UL").

4.      In the investigation, Joshua Callington ("Callington") and his then-counsel, Michael Leonard ("Callington Counsel"), transmitted to Sidley copies of a number of documents and/or electronically stored information ("ESI") (collectively, "Documents") that Callington, either directly or through Callington Counsel, represented that Callington had saved to his personal accounts (as referenced in the emails sent by Callington and Callington Counsel in the exhibits cited below).

5. Attached as exhibits to UL's Memorandum in Support of its Motion for a Limited Preliminary Injunction are copies of the following documents, which relate to the transmission of Documents by Callington and/or Callington Counsel to me and/or my partner at Sidley, David Gordon:

   A. true and correct copies of certain emails from Callington, providing Dropbox access to certain of the Documents, (Exhibit 5);

   B. true and correct copies of certain emails from Callington Counsel confirming and explaining Callington's transmission of such Documents to Sidley, (Exhibit 5); and

   C. true and correct copies of certain email exchanges between Callington Counsel, David Gordon, and me regarding UL's requests concerning the Documents, and Callington's position with respect to UL's requests (as articulated by Callington Counsel), (Exhibit 4).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of May, 2025.

_____
Geetanjli Malhotra