# EXHIBIT 5

**From:** Joshua Callington
**To:** Malhotra, Geeta
**Subject:** UL Discovery Records - Audit Folders - Link (3)
**Date:** Wednesday, March 27, 2024 12:57:11 PM

Hello,

Here is the new link to access files via Dropbox. The password will be sent in a separate email only to David's email.

https://www.dropbox.com ███████████████

Regards,
Joshua Callington

| | |
|---|---|
| **From:** | Michael Leonard |
| **To:** | Malhotra, Geeta |
| **Cc:** | Gordon, David A. |
| **Subject:** | Re: FW: UL Discovery Records - Audit Folders - Link (4) |
| **Date:** | Thursday, May 9, 2024 6:49:29 PM |

A re-send of the 715. Thanks, Mike



On Thu, May 9, 2024 at 5:31 PM Malhotra, Geeta <gmalhotra@sidley.com> wrote:

> Mike,
>
> We received a DropBox link from Mr. Callington. Can you please confirm the communication was authorized and the nature of what is included?
>
> Thanks,
>
> Geeta
>
> **GEETA MALHOTRA**
>
> **SIDLEY AUSTIN LLP**
> +1 312 853 7683
> gmalhotra@sidley.com
>
> ---
>
> **From:** Joshua Callington <joshua@callington.net>
> **Sent:** Thursday, May 9, 2024 5:29 PM
> **To:** Malhotra, Geeta <gmalhotra@sidley.com>
> **Subject:** UL Discovery Records - Audit Folders - Link (4)
>
> Hello Geeta,
>
> Here is the new link to access files via Dropbox. The password will be sent in a separate email only to David's email.
>
> https://www.dropbox.com/ [REDACTED]
>
> Regards,
>
> Joshua Callington

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **From:** | Michael Leonard |
| **To:** | Malhotra, Geeta |
| **Cc:** | Gordon, David A. |
| **Subject:** | Re: FW: UL Discovery Records - Audit Folders - Link (4) |
| **Date:** | Friday, May 10, 2024 10:43:44 AM |

Good morning. He indicated that April 1 was the last day that he added files to this link. The link was first sent to you on March 20 - per your request rolling production. He was adding files to it daily through April 1.

Thanks, Mike



On Thu, May 9, 2024 at 11:06 PM Malhotra, Geeta <gmalhotra@sidley.com> wrote:

Thank you. Can you please confirm that Mr. Callington did not add new data to the existing folders/zip folders after March 27?

**GEETA MALHOTRA**

**SIDLEY AUSTIN LLP**
+1 312 853 7683
gmalhotra@sidley.com

---

**From:** Michael Leonard <mleonard@leonardtriallawyers.com>
**Sent:** Thursday, May 9, 2024 5:49 PM
**To:** Malhotra, Geeta <gmalhotra@sidley.com>
**Cc:** Gordon, David A. <dgordon@sidley.com>
**Subject:** Re: FW: UL Discovery Records - Audit Folders - Link (4)

A re-send of the 715. Thanks, Mike



On Thu, May 9, 2024 at 5:31 PM Malhotra, Geeta <gmalhotra@sidley.com> wrote:

Mike,

We received a DropBox link from Mr. Callington. Can you please confirm the communication was authorized and the nature of what is included?

Thanks,

Geeta

**GEETA MALHOTRA**

**SIDLEY AUSTIN LLP**
+1 312 853 7683
gmalhotra@sidley.com

---

**From:** Joshua Callington <joshua@callington.net>
**Sent:** Thursday, May 9, 2024 5:29 PM
**To:** Malhotra, Geeta <gmalhotra@sidley.com>
**Subject:** UL Discovery Records - Audit Folders - Link (4)

Hello Geeta,

Here is the new link to access files via Dropbox. The password will be sent in a separate email only to David's email.

https://www.dropbox.co ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Regards,

Joshua Callington

```
******************************************************************
********************************
```
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

```
******************************************************************
********************************
```