IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UL LLC,<br>*Plaintiff*,<br>-v-<br>JOSHUA CALLINGTON,<br>*Defendant*. | Case No. 1:24-cv-05631<br>Hon. Andrea R. Wood |

**MOTION TO EXTEND BRIEFING SCHEDULE AND MODIFY START TIME OF JUNE 18 HEARING**

Pursuant to Local Rule 47.1(b), the undersigned counsel respectfully requests an extension of the deadline to file Defendant's response in opposition to Plaintiff UL's Motion for a Preliminary Injunction [CM/ECF No. 60] (filed May 20, 2025), up to and until June 14, 2025, on the grounds that additional time is necessary to complete the briefing and procure the accompanying evidentiary support in advance of the upcoming hearing on June 18, 2025.

In addition, the undersigned counsel seeks a very modest delay of the scheduled start time for that hearing, from 11:00 a.m. to 11:30 a.m. CST on June 18, 2025, to attend a school celebration with her children that morning.

This is the first such request for an extension by the undersigned counsel since entering her appearance in this case.

The undersigned counsel sought the consent of UL's counsel for this request, via the attached email correspondence last week—but has not yet received a definitive response as of the time of this filing.

Accordingly, it is respectfully requested that the Court enter an order approving the requested scheduling modifications, as follows:

(a) Defendant's Response in Opposition to Motion for Preliminary Injunction [CM/ECF No. 60, 61] (filed May 20, 2025), extended to June 14, 2025;

(b) The start time of upcoming hearing is postponed by 30 minutes, to 11:30 a.m. CST on June 18, 2025.

Dated: June 2, 2025
New York, NY

Respectfully Submitted,

By: *__/s/ Agatha M. Cole__*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Defendant,*
*Joshua Callington*

BEVERLY PLLC

Agatha M. Cole <agatha@beverlypllc.com>

## Activity in Case 1:24-cv-05631 UL LLC v. Callington sealed document

**Levy, Emily** <ELevy@littler.com> Mon, Jun 2, 2025 at 5:15 PM
To: "Agatha M. Cole" <agatha@beverlypllc.com>
Cc: "Griffith, Kevin" <KGriffith@littler.com>, "Witz, James" <JWitz@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Kienzler, Richard" <RKienzler@littler.com>

Hi Agatha,

We are discussing with our client and will circle back with you.

Best,

Emily

**Emily Levy**
Associate
614.463.4206 direct, 614.302.6476 mobile, 380.210.5825 fax
ELevy@littler.com

Littler
Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
41 S High St, Suite 3250, Columbus, OH 43215

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Friday, May 30, 2025 6:36 PM
**To:** Levy, Emily <ELevy@littler.com>
**Cc:** Griffith, Kevin <KGriffith@littler.com>; Witz, James <JWitz@littler.com>; Seychel, Jenna <JSeychel@littler.com>; Kienzler, Richard <RKienzler@littler.com>
**Subject:** Re: Activity in Case 1:24-cv-05631 UL LLC v. Callington sealed document

Thanks, Emily. If we could even just postpone the hearing by an hour on the same date (6/18), that should be fine (my kids' school just announced that their graduation ceremony is taking place that morning). I'm also planning to request an extension of the deadline for filing our response on June 14. Please let me know if I can represent that your team consents to the requested scheduling change.

--

**Agatha M. Cole** *(she/her)*
*Beverly PLLC*
agatha@beverlypllc.com +1 (917) 524-8055
43 West 43rd Street, Suite 159, New York, NY 10036

On Fri, May 30, 2025 at 14:12 Levy, Emily <ELevy@littler.com> wrote:

> Hi Agatha,
>
> We are looking at our calendars and will circle back with you.
>
> Best,
>
> Emily

**Emily Levy**
Associate
614.463.4206 direct, 614.302.6476 mobile, 380.210.5825 fax
ELevy@littler.com

Littler
Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
41 S High St, Suite 3250, Columbus, OH 43215

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Thursday, May 29, 2025 4:10 PM
**To:** Levy, Emily <ELevy@littler.com>; Griffith, Kevin <KGriffith@littler.com>; Witz, James <JWitz@littler.com>; Seychel, Jenna <JSeychel@littler.com>
**Subject:** Re: Activity in Case 1:24-cv-05631 UL LLC v. Callington sealed document

**[EXTERNAL E-MAIL]**

Dear Counsel,

Due to an unforeseen scheduling conflict, we are planning to request an alternative date for the hearing that is presently scheduled for June 18. Do you have any blackout dates from June 19-July 2? Please let me know as quickly as possible.

Thanks,

Agatha

--

**Agatha M. Cole** (*she/her*)
*Beverly PLLC*

agatha@beverlypllc.com +1 (917) 524-8055

43 West 43rd Street, Suite 159, New York, NY 10036

On Wed, May 21, 2025 at 14:49 Agatha M. Cole <agatha@beverlypllc.com> wrote:

> Counsel,
>
> We have not yet received a copy of your proposed sealed exhibit (CM/ECF #60). Per the rules, please send us a copy of that document ASAP.
>
> --

**Agatha M. Cole** (*she/her*)
*Beverly PLLC*

agatha@beverlypllc.com +1 (917) 524-8055

43 West 43rd Street, Suite 159, New York, NY 10036

---------- Forwarded message ---------
From: <usdc_ecf_ilnd@ilnd.uscourts.gov>
Date: Tue, May 20, 2025 at 11:26 PM
Subject: Activity in Case 1:24-cv-05631 UL LLC v. Callington sealed document
To: <ecfmail_ilnd@ilnd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3)**

**Notice of Electronic Filing**

The following transaction was entered by Witz, James on 5/20/2025 at 10:26 PM CDT and filed on 5/20/2025

| | |
|---|---|
| **Case Name:** | UL LLC v. Callington |
| **Case Number:** | 1:24-cv-05631 |
| **Filer:** | UL LLC |
| **Document Number:** | 63 |

**Docket Text:**
**SEALED DOCUMENT by Plaintiff UL LLC (Witz, James)**

**1:24-cv-05631 Notice has been electronically mailed to:**

Agatha M Cole     agatha@beverlypllc.com

Emily E Levy     elevy@littler.com, vmcevoy@littler.com

James M. Witz     jwitz@littler.com, robauer@littler.com

Jenna R. Seychel     jseychel@littler.com

Kevin E Griffith     kgriffith@littler.com, kmorrison@littler.com

Leonard C. Goodman     lcgoodman@rcn.com, jpahl88@gmail.com

**1:24-cv-05631 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=5/20/2025] [FileNumber=29502327-0] [58adaccbebc8abaa21235076919512147 7f97e067ba007495579e5a0e43963ba14 243555fec77ce7af60ccbaf168c05ef6f4f57e513c62c22b36fe3848ad9c1b]]

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are

not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.