IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA CALLINGTON,** <br><br> Defendant. | Case No. 1:24-cv-05631 <br><br> The Honorable Andrea R. Wood |

## MOTION FOR LEAVE TO FILE ATTORNEY APPEARANCE

Through this motion, Richard T. Kienzler seeks to renew his appearance as counsel of record for UL LLC in this proceeding. Mr. Kienzler was previously counsel of record for UL and is an active member of the Illinois bar and is admitted to practice in the Northern District of Illinois. Mr. Kienzler left, but has since rejoined, the law firm of Littler Mendelson P.C., and now seeks to rejoin this proceeding as counsel for UL. Mr. Kienzler's proposed Attorney Appearance form is attached as Exhibit 1.

Respectfully submitted,

**UL LLC**

By: /s/ *James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.795.3246
Facsimile: 312.277.9416
E-mail: jwitz@littler.com

|  | Kevin E. Griffith (*admitted pro hac vice*) |
|--|--|
|  | Emily E. Levy (*admitted pro hac vice*) |
|  | LITTLER MENDELSON, P.C. |
|  | 41 South High Street, Suite 3250 |
|  | Columbus, OH  43215 |
|  | Telephone:   614.463.4210 |
|  | Facsimile:    614.737.9135 |
|  | E-mail:         kgriffith@littler.com |
|  |                       elevy@littler.com |

Dated:   June 11, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 11th day of June, 2025, filed a copy of the foregoing document, *MOTION FOR LEAVE TO FILE ATTORNEY APPEARANCE*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

*/s/ James M. Witz*
An Attorney for Plaintiff

4903-7117-5757.1 / 118575.1072

# Exhibit 1

# Exhibit 1

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: UL LLC v. Joshua Callington

Case Number: 1:24-cv-05631

An appearance is hereby filed by the undersigned as attorney for:

UL LLC

Attorney name (type or print): Richard Thomas Kienzler

Firm: Littler Mendelson P.C.

Street address: 321 North Clark Street, Suite 1100

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6296926
(See item 3 in instructions)

Telephone Number: 312.795.3254

Email Address: rkienzler@littler.com

Are you acting as lead counsel in this case?  ✔ Yes  ☐ No

Are you a member of the court's general bar?  ✔ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ☐ No

Are you appearing *pro hac vice*?  ☐ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ✔ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2025

Attorney signature: S/ Richard T. Kienzler
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023