**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**UL LLC,**

Plaintiff,

v.

**JOSHUA CALLINGTON,**

Defendant.

Case No. 1:24-cv-05631

Hon. Andrea R. Wood

**PLAINTIFF UL LLC'S MOTION TO STRIKE DEFENDANT JOSHUA CALLINGTON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A LIMITED PRELIMINARY INJUNCTION OR, ALTERNATIVELY, RESCHEDULE THE JUNE 18, 2025 ORAL ARGUMENT**

Pursuant to Federal Rule of Civil Procedure 12(f) and the Northern District of Illinois Local Rule 7.1, Plaintiff UL LLC ("UL"), by and through the undersigned counsel, respectfully moves for an Order striking Defendant Joshua Callington's ("Callington") *Response in Opposition to Plaintiff's Motion for a Limited Preliminary Injunction* ("Callington's Opposition"). Callington has disregarded the Court's Local Rules by filing a 27-page Opposition, one nearly 10-page declaration, and another declaration from Callington's counsel that counsel says is forthcoming on an unidentified date. (*See* Doc. Nos. 68 and 69; *see also* Doc. No. 69, n.5 and 10 (referring to "Decl. of Agatha M. Cole re Confidential Witness Interviews (forthcoming)")).

In the alternative, should the Court accept the noncompliant filing, UL respectfully requests that the Court reschedule the oral argument—currently scheduled for June 18, 2025—to allow UL sufficient time to prepare adequately for the argument.

In support of this Motion, UL has contemporaneously filed its Memorandum In Support of Its Motion and the accompanying exhibits, which UL incorporates by reference herein.

**WHEREFORE**, UL respectfully requests that the Court grant its Motion to Strike Callington's extensive Opposition based on his failure to follow this Court's rules, or alternatively, reschedule the oral argument to July 1, July 2, July 9, July 10, or a date later in July 2025 which will allow UL adequate time to prepare.

Date: June 16, 2025

Respectfully submitted,

**UL LLC**

By: */s/ James M. Witz*
One of Plaintiff's Attorneys

James M. Witz
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.795.3246
Facsimile: 312.277.9416
E-mail: jwitz@littler.com

Kevin E. Griffith (*pro hac vice*)
Emily E. Levy (*pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Telephone: 614.463.4210
Facsimile: 614.737.9135
E-mail: kgriffith@littler.com
elevy@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of June, 2025, filed a copy of the foregoing document, *Plaintiff UL LLC's Motion to Strike Defendant Joshua Callington's Response in Opposition to to Plaintiff's Motion for a Limited Preliminary Injunction or Alternatively Reschedule the June 18, 2025 Oral Argument*, electronically. Counsel of record for Defendant may access this filing through the Court's system.

*/s/ James M. Witz*
An Attorney for Plaintiff

4932-7095-2782 / 118575.1072