# EXHIBIT 1

Levy, Emily

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Thursday, June 5, 2025 8:06 PM
**To:** Levy, Emily
**Cc:** Griffith, Kevin; Witz, James; Seychel, Jenna; Kienzler, Richard
**Subject:** Re: Activity in Case 1:24-cv-05631 UL LLC v. Callington sealed document

No, that would not work. Let's just keep the presently scheduled date and time, unless there is some alternative date and time when everyone is available in the month of June. I can assure you that we aren't planning some sort of massive document dump in the form of exhibits, or anything of that nature, to warrant the need for additional time.
--

**Agatha M. Cole** *(she/her)*
*Beverly PLLC*
agatha@beverlypllc.com +1 (917) 524-8055
43 West 43rd Street, Suite 159, New York, NY 10036

On Thu, Jun 5, 2025 at 15:48 Levy, Emily <ELevy@littler.com> wrote:

Hi Agatha,

I spoke again with Laritza Arcos, Courtroom Deputy to Judge Wood, and she said the Court is also available on July 2, 2025 at 11:00am CST. Please let us know if this time works for you.

Best,

Emily

**Emily Levy**
Associate
614.463.4206 direct, 614.302.6476 mobile, 380.210.5825 fax
ELevy@littler.com

Littler

Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
41 S High St, Suite 3250, Columbus, OH 43215

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Wednesday, June 4, 2025 1:16 PM
**To:** Levy, Emily <ELevy@littler.com>
**Cc:** Griffith, Kevin <KGriffith@littler.com>; Witz, James <JWitz@littler.com>; Seychel, Jenna <JSeychel@littler.com>; Kienzler, Richard <RKienzler@littler.com>
**Subject:** Re: Activity in Case 1:24-cv-05631 UL LLC v. Callington sealed document

I am not available on those dates, Emily. I am completely out of commission that week due to longstanding planned vacation with my kids, during which I have no backup childcare in the afternoons. If it were in the morning on either day, I could make it work because they will be participating in a program each day that week. So sorry, but I simply cannot make it work any afternoon that week.

--

**Agatha M. Cole** *(she/her)*
*Beverly PLLC*
agatha@beverlypllc.com +1 (917) 524-8055
43 West 43rd Street, Suite 159, New York, NY 10036