**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UL LLC

Plaintiff,

v.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

Joshua Callington

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

MINUTE entry before the Honorable Andrea R. Wood: Both Plaintiff and Defendant have filed motions to move the scheduled argument on Plaintiff's motion for a limited preliminary injunction [60]. Defendant seeks to push the 6/18/2025 hearing back by 30 minutes to 11:30 AM. (See [64].) The Court, however, is not available at 11:30 AM for a hearing that includes substantive oral argument. Accordingly, given the issues raised by Plaintiff's motion to strike Defendant's response in opposition to Plaintiff's motion for a limited preliminary injunction or, alternatively, reschedule the 6/18/2025 oral argument (see [70]), the Court strikes the video hearing set for 6/18/2025 at 11:00 AM and sets a telephonic status hearing for 6/18/2025 at 11:30 AM. At the status hearing, the Court will address (1) Defendant's oversized response to Plaintiff's motion, and (2) setting a new date for argument on Plaintiff's motion. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.