**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UL LLC

Plaintiff,

v.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

Joshua Callington

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 6/18/2025. For the reasons stated on the record, Defendant's motion to extend briefing schedule [64] is granted. Defendant's response brief [69] is deemed timely filed. Additionally, the Court grants Defendant leave to file their response brief in excess of 15−pages. Any motion for a supplemental submission to be filed under seal shall be filed by 6/20/2025. Motion for leave to file attorney appearance [67] is granted. Plaintiff's motion to strike Defendant's response or, alternatively, reschedule oral argument [70] is denied in part and granted in part. Oral argument on Plaintiff's motion for a limited preliminary injunction [60] is rescheduled to 6/26/2025 at 2:00 PM. The hearing will proceed by video conference. To ensure public access to court proceedings, members of the public and media may call in to listen to remote hearings. The call−in number is (650) 479−3207 and the meeting ID is 1808131170#. Counsel of record will receive an email prior to the start of the hearing with instructions to join the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.