IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UL LLC,

      Plaintiff,

-v-

JOSHUA CALLINGTON,

      Defendant.

Case No. 1:24-cv-05631
Hon. Andrea R. Wood

**DECLARATION OF CONFIDENTIAL WITNESS NO. 2**

███████████████████████ declare pursuant to 28 U.S.C § 1746, as follows:

1. I am located within the United States and over the age of 18 years. I am fully familiar with the facts set forth herein, which are based on my direct knowledge, or information and belief.

2. I am a Certified Social Compliance Auditor ("CSCA") ████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ████████

3. I voluntarily provided an emailed statement to Mr. Callington on or about May 24, 2025, and subsequently spoke with his attorney about putting the contents of my email (which is copied below) in this signed declaration. I have agreed to do so based on my understanding that all names and personally identifying information will be redacted from the publicly filed version of this document and not disclosed to any person or entity, aside from the federal court judge and judicial staff assigned to this matter.

---------- Forwarded message ---------

To: joshua@callington.net
Date: Fri, May 23, 2025

Subject: Clarification on UL Onboarding and Process

Dear Joshua,

Thanks for reaching out. I'm writing to clarify the onboarding and operational process I experienced with UL, as you requested.

Throughout my affiliation with UL, the management frequently changed, and with each change, the approach to engaging auditors seemed to shift.

When I initially entered into an agreement with UL, the process was quite straightforward. After completing some training, a single observation, and one practice audit (with Claire), I was cleared to conduct audits independently. Coincidentally, your audit was the one I observed to calibrate my own auditing process. There was no formal procedure for obtaining a company cell phone, laptop, or even a separate official email address. This was a significant difference from my experiences with other companies. In fact, I believe I raised this issue with UL at the time, as it made it difficult to reach out to clients or officially confirm my affiliation with UL. An official company email would have resolved this problem.

Regarding audit documentation, we were instructed to download folders from a Qualtrax library (UL's platform). I was advised to keep these folders readily accessible on my personal computer in case an audit site lacked internet access. We constantly downloaded updated zip folders whenever changes or new standards were introduced, and I was never told to delete any of this documentation from my personal computer.

I hope this explanation of my experience with UL sheds light on the information you needed.



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 20, 2025

