## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UL LLC

                Plaintiff,

v.                                              Case No.: 1:24−cv−05631
                                                      Honorable Andrea R. Wood

Joshua Callington

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant Callington's special motion to strike or dismiss all claims pursuant to anti−SLAPP provisions of Oregon law [31] is denied and Plaintiff UL LLC's motion for a limited preliminary injunction [60] is granted. In addition, Defendant's motion for leave to file supplemental confidential witness declarations [74] is denied. Motion for leave to file amicus brief by Amicus Curiae Whistleblower [52] is granted. Plaintiff UL LLC's motion to strike Defendant Joshua Callington's reply and sealed exhibit A [48] is denied. Plaintiff UL LLC's motion for entry of confidentiality order [22] is terminated as moot. Telephonic status hearing set for 8/7/2025 remains firm. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.