IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24-cv-05631 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| JOSHUA CALLINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY INJUNCTION ORDER**

The Court, having considered Plaintiff UL LLC's ("UL") motion for a preliminary injunction, the evidence submitted therewith, and oral argument presented by counsel, and otherwise being fully advised in the matter, hereby **FINDS** as follows:

Based on its evidence and argument, UL has established (1) that UL has a sufficiently strong likelihood of success on the merits of its claims against Defendant Joshua Callington for breach of contract and conversion; (2) that UL has no adequate remedy at law; (3) that UL has suffered irreparable harm and there is an immediate, substantial, and tangible risk that it faces continued irreparable damages absent preliminary injunctive relief; and (4) that the balance of hardships and the public interest favor granting preliminary relief against Callington.

Accordingly, pursuant to Federal Rule of Civil Procedure 65(a), the Court **GRANTS** UL's Motion for a Preliminary Injunction as to Callington, and **ORDERS** equitable relief as follows:

1. Callington shall, within not later than 14 days after the Court's entry of this Order, produce to UL copies of any and all UL documents and Electronically Stored Information—and any other UL property, tangible or intangible—that is in his possession or under his control and that he acquired or took from UL through his

employment or working-relationship with UL. Within the timeframe set by the Court, the parties shall meet and confer regarding a protocol for Callington to provide UL with copies of the documents, Electronically Stored Information, and other UL property required to be produced pursuant to this paragraph, and for UL to identify which of those documents, Electronically Stored Information, and property contain or reflect its trade secrets or its proprietary or confidential information.

2. Callington, as well as his agents, servants, attorneys, and any other persons acting in active concert with him, is preliminarily enjoined and restrained from destroying, using, modifying, deleting, publishing, disseminating, or otherwise disclosing to any person or entity (except as required or allowed by law)—whether in hard copy or electronic form—any of UL's or its customers' or employees' confidential, proprietary, and trade secret information, business documents, Electronically Stored Information, or personal identifying information, and any other property, tangible or intangible, that is in Callington's possession or under his control and which he acquired or took from UL through his employment or working-relationship with UL.

3. Notwithstanding the requirements of paragraph 2 above, Callington shall not be prohibited from disclosing any documents or information in his possession or under his control and which he acquired or took from UL through his employment or working-relationship with UL, pursuant to a request from a Federal, State or local law enforcement or government agency and/or official. Any such disclosure shall comply with the disclosure requirements set forth in the Federal Defend Trade Secret Act. See 18 U.S.C. § 1833. Furthermore, after UL has designated the documents, Electronically Stored Information, and property containing or reflecting its trade secrets or its

proprietary or confidential information, Callington may petition the Court to modify this Order to lift or modify the disclosure restrictions herein for documents and information not so designated.

4. The Court reserves imposition of a security requirement pursuant to Federal Rule of Civil Procedure 65(c), pending receipt of the joint status report to be provided by the parties by August 13, 2025.

5. This Order supersedes the Interim Document Presentation and Non-Disclosure Order entered September 24, 2024 (Docket No. 17).

**IT IS SO ORDERED.**

Dated: August 7, 2025

_____
Andrea R. Wood
United States District Judge