**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

| | |
|---|---|
| UL LLC | |
| Plaintiff, | |
| v. | Case No.: 1:24−cv−05631 |
| | Honorable Andrea R. Wood |
| Joshua Callington | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2025:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 8/7/2025. The Court and the parties discussed the language of the preliminary injunction to be entered consistent with the Court's memorandum opinion and order dated 8/7/2025 [89], [90]. The Court will make revisions to Plaintiff's proposed preliminary injunction order as discussed on the record prior to issuing the order. The Court further notes that the parties did not address the issue of a bond in their preliminary injunction briefing. The Court grants Defendant's request for time to make a supplemental submission regarding the propriety and amount of a bond. As further stated on the record, by 8/12/2025, the parties are directed to meet and confer to discuss an agreed upon protocol for documents to be provided pursuant to the preliminary injunction. By 8/13/2025, the parties shall file a joint status report to include: (1) a statement on whether an agreement was made related to the transfer of the documents, and (2) whether an agreement was made in regard to the bond requirement, and if not, each side's position. Defendant shall file their answer to Plaintiff's complaint by 9/22/2025. Telephonic status hearing set for 9/24/2025 at 10:30 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.