IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UL LLC,

        *Plaintiff*,

 -v-

JOSHUA CALLINGTON,

        *Defendant.*

Case No. 1:24-cv-05631
Hon. Andrea R. Wood

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Joshua Callington ("Mr. Callington") hereby reserves the right to appeal to the U.S. Court of Appeals for the Seventh Circuit, the Mem. Opinion and Order entered August 7, 2025 (Dkt. 90), insofar as it concerns the denial of his anti-SLAPP motion. This notice is being in an abundance of caution pending the resolution of Mr. Callington's motion to reconsider (Dkt. 96), to ensure that his appellate rights are preserved irrespective of whether that motion is construed as tolling the deadline for filing a timely notice appeal under Fed. R. App. P. 4(a)(4)(A),(B).

Dated: September 8, 2025
New York, NY

Respectfully submitted,

By:   */s/ Agatha M. Cole*
      Agatha M. Cole
      BEVERLY PLLC
      43 West 43rd Street, Suite 159
      New York, NY 10036
      (828) 773-2628
      agatha@beverlypllc.com

*Counsel for Defendant, Joshua Callington*

## **CERTIFICATE OF SERVICE**

I, Agatha M. Cole, hereby certify that, on September 8, 2025, I caused a copy of the foregoing Notice of Appeal to be filed with the Clerk of Court and serve on all counsel of record, via CM/ECF.

By: _/s/ Agatha M. Cole_
Agatha M. Cole