UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

UL LLC
                Plaintiff,
v.                                    Case No.: 1:24−cv−05631
                                                Honorable Andrea R. Wood
Joshua Callington
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

MINUTE entry before the Honorable Andrea R. Wood: The Court enters the following briefing schedule on Defendant's motion to reconsider, supplement, amend and or/clarify decision on Defendant's anti−slapp motion [96]. Plaintiff shall file a response by 9/19/2025. Defendant shall file a reply by 9/26/2025. Defendant's request to extend their answer deadline to allow additional time to brief the pending motion to reconsider is granted. Defendant shall file their answer to Plaintiff#039;s complaint by 10/10/2025. Telephonic status hearing set for 9/24/2025 is stricken and reset for 10/15/2025 at 10:30 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.