# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 10, 2025

**To:** Thomas G. Bruton
     Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the
Seventh Circuit:

---

Appellate Case No: 25-2596

Caption:
UL LLC,

Plaintiff - Appellee

v.

JOSHUA CALLINGTON,

Defendant - Appellant

---

District Court No: 1:24-cv-05631
Clerk/Agency Rep Thomas G. Bruton
District Judge Andrea R. Wood
Court Reporter Brenda S. Varney

Date NOA filed in District Court: 09/08/2025

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)