## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UL LLC, *Plaintiff*, -v- JOSHUA CALLINGTON, *Defendant.* | Case No. 1:24-cv-05631 Hon. Andrea R. Wood |

### AMENDED NOTICE OF APPEAL / PAYMENT OF DOCKETING FEE

This amended notice is being filed for the purpose of paying the docketing fee associated with the previously filed notice (Dkt. 97), which is hereby being submitted and paid, electronically, by and through this filing.

Dated: September 15, 2025
New York, NY

Respectfully submitted,

By: */s/ Agatha M. Cole*
Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Defendant, Joshua Callington*

**CERTIFICATE OF SERVICE**

I, Agatha M. Cole, hereby certify that, on September 8, 2025, I caused a copy of the foregoing Notice of Appeal to be filed with the Clerk of Court and serve on all counsel of record, via CM/ECF.

By: _/s/ Agatha M. Cole_
Agatha M. Cole