**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: UL LLC v. Joshua Callington        Case Number: 1:24-cv-05631

An appearance is hereby filed by the undersigned as attorney for:
UL LLC

Attorney name (type or print):  Shannon Lemajeur Miller

Firm:    Winston & Strawn LLP

Street address:     300 North LaSalle Drive, Suite 4400

City/State/Zip:    Chicago, IL 60654-3406

Bar ID Number:  6336247                    Telephone Number:    312-558-5213
(See item 3 in instructions)

Email Address: slmiller@winston.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐  Retained Counsel

☐  Appointed Counsel
   If appointed counsel, are you a

   ☐ Federal Defender

   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 15, 2025

Attorney signature:     S/ Shannon Lemajeur Miller
                  (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023