**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UL LLC

                Plaintiff,

v.                                     Case No.: 1:24−cv−05631
                                            Honorable Andrea R. Wood

Joshua Callington

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 20, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/20/2025. The Court expects to issue its order regarding Defendant's motion to reconsider, supplement, amend and or/clarify decision on Defendant's anti−slapp motion [96] within the next day. Consistent with the discussion held at the hearing on 10/15/2025, pursuant to Fed. R. Civ. P. 65(c), Plaintiff UL LLC is directed to give security in relation to the preliminary injunction order entered 8/7/2025 [91] in the amount of $10,000.00, either cash or surety bond, which amount has been deemed adequate for the payment of such damages as Defendant Joshua Callington may be entitled to recover as a result of a wrongful restraint hereunder. Plaintiff shall post the bond within seven (7) days of this order. Plaintiff is directed to review the previously filed corporate disclosure statement [42] to ensure it is complete and accurate. By 12/19/2025, the parties shall file a joint status report setting forth a proposed case schedule. Telephonic status hearing set for 1/7/2026 at 11:00 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.