# Exhibit 1

Delaware.gov    Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

Allowable Characters

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2785499 | Incorporation Date / Formation Date: | 9/17/1997 (mm/dd/yyyy) |
| Entity Name: | UL LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

**Glossary of Terms**

## AGENT

See Registered Agent

## ANNUAL REPORT

A required annual filing listing officers, directors, and other required information.

- Annual Reports for Corporations must be filed online with the Division of Corporations.
- Annual Reports for LLP's and LLLP's are considered a document filing and can be submitted to our office using our Document Filing and Certificate Request Service.

## ANNUAL TAX ASSESSMENT

Every corporation that authorizes shares of stock in their certificate of incorporation or subsequent amending documents has an annual tax assessed on those authorized shares. This field reflects the tax assessment for the current tax year.

## APOSTILLE

A certificate that authenticates the signature of a notary, state, or county official on a legal document (adoption, marriage/divorce, official transcript, etc.), for use in a foreign country that is part of the Hague Convention. The certification attests to the authenticity of the notary, state, or county official only and does not authenticate the legality or authenticity of the document itself.

## AUTHENTICATION

A certificate of authentication is affixed to documents intended for countries that are not party to the Hague Convention. Certificates of authentication are processed by the U.S. Department of State before being sent to countries that are not party to the Hague Convention.

## BYLAWS

Internal documents that are kept by the entity. The Division of Corporations does not record or maintain copies of Bylaws.

## CERTIFICATE IN RE

A certificate evidencing a specific event, i.e. merger, name change, void, etc.

## CERTIFICATE OF AMENDMENT

A document filed to update/change information within the Certificate of Incorporation or Certificate of Formation.

## CERTIFICATE OF CORRECTION

A document filed to correct an inaccurate record of the entity.

## CERTIFICATE OF FORMATION

The initial document filed with the Division of Corporations necessary for the creation of a limited liability company.

## CERTIFICATE OF INCORPORATION

The initial document filed with the Division of Corporations necessary for the creation of a corporation.

## ENTITY

A corporation, limited liability company, limited partnership, statutory trust, partnership, or any other business formed with the Delaware Division of Corporations.

- **Domestic Entity** – Any entity that is incorporated or formed to do business in the State of Delaware.

- **Foreign Entity** – Any entity that is incorporated or formed in another state as a domestic entity and is also registered in the State of Delaware with the Division of Corporations.

## ENTITY KIND

As defined by Delaware Code, Titles 8, 6, 12, 15, an entity may be one of the following:

- Corporation
- Credit Services Organization
- Limited Partnership
- Limited Liability Company
- Statutory Trust
- Partnership (whether General or Limited Liability Partnership)
- Registered Series (whether LLC or LP)
- Unincorporated Non-Profit Association

## ENTITY NAME

The current name of an entity as set forth in their certificate of incorporation or formation; or as amended by subsequent documents.

## ENTITY TYPE

- **General** – Type General refers to a legal entity with no special attributes such as non-profit or religious.
- **Bank** – Bank refers to the entity actually existing as a Bank and conducting banking business.
- **Benefit Corporation** – A Domestic for-profit Corporation electing to be a Public Benefit Corporation pursuant to Subchapter XV of Title 8.
- **Closed Corp** – A close corporation is a corporation organized under subchapter 342 of Title 8 of Delaware code whose certificate of incorporation contains the provisions required by Section 102 and 342 of Title 8.
- **Professional Association** – Refers to a professional service corporation which is organized under the Delaware General Corporation Law for the sole and specific purpose of rendering professional service.
- **Dual Entity** – A partnership (whether General or Limited) that has filed a statement of qualification. General Partnerships can qualify as a Limited Liability Partnership pursuant to 6 DEL.C. § 15-1001, and Limited Partnerships can qualify as a Limited Liability Limited Partnership pursuant to 6 DEL.C. § 17-214.
- **Regulated Investment Corp.** – A domestic corporation that elects to be treated as an RIC as defined by Section 851 of the federal Internal Revenue Code for tax purposes. For more information, please visit www.irs.gov and search RIC.
- **Non-Title 8** – This refers to an entity that is not regarded as a general corporation pursuant to Title 8.
- **Exempt** – This description type refers to a corporation that meets requirements of section 501 of the Internal Revenue code and is exempt from taxation pursuant to Title 8 of the Delaware Code.
- **Series** – A Domestic Limited Liability Company, Limited Partnership or Statutory Trust that has provided notice of establishing Series.
- **Stock, Non-taxable** – This description is to define the corporation as a stock corporation that is not required to pay an annual franchise tax as defined in Title 8 of the Delaware Code.

## FILE NUMBER

A unique identifier assigned to each entity incorporated, formed, qualified or registered with the Division of Corporations.

## FILING HISTORY DESCRIPTION

The type of legal document filed with the Division.

## FILING HISTORY DOC CODE

This code is used to enter the filing on our database and indicates the type of filing.

## FILING HISTORY EFFECTIVE DATE

Delaware law provides for a future effective date of a document and this field indicates the effective date of the document as set forth in the contents of said document.

## FILING HISTORY FILING DATE

The date the document was received in our office for filing.

**FILING HISTORY FILING TIME**

The time of day the document was received for filing.

**FILING HISTORY NUM OF PAGES**

This is the number of pages that complete the legal document filed.

**FILING HISTORY SEQ**

This is a system assigned number to place the filing in the correct order on our database.

**INCORPORATION DATE OR FORMATION DATE**

The date when a certificate to form a new entity becomes effective with the Division of Corporations.

**INCORPORATOR**

The individual or entity, who may or may not be located in Delaware, that executes the Certificate of Incorporation.

**LAST ANNUAL REPORT FILED**

Every corporation is required by law to file an annual report which is due March 1 annually. This field reflects the most current tax year that has a report on file.

**MANAGERS**

Appointed by members of a Limited Liability Company to manage the daily operations.

**MEMBERS**

The persons holding interest in a Limited Liability Company.

**NAME RESERVATION**

The reservation of an entity name for a period of 120 days.

**OPERATING AGREEMENT**

Internal documents that are kept by the Limited Liability Company. The Division of Corporations does not record or maintain copies of an entity's operating agreement.

**PRINCIPAL OFFICE/PRINCIPAL PLACE OF BUSINESS**

The location of the principal place of business of the corporation, which shall include the street, number, city, state or foreign country (provided that, unless a corporation maintains its principal place of business in this State and serves as its own registered agent, the principal place of business address shall not be the address of the registered office of the corporation in this State, and shall not be the address of any other registered agent).

**REGISTERED AGENT**

Delaware Law requires every entity to appoint a Registered Agent with a physical office address in the State of Delaware. If the entity is not physically located in Delaware, they must appoint a Registered Agent to fulfill the requirement. Registered Agents are responsible for accepting Service of Process, as well as providing information for billing and tax obligations to the entities they represent. Registered Agents are required to satisfy and adhere to Division of Corporations Regulations regarding both the identity of the entity's contacts and individuals for which the Registered Agent maintains a record.

**REGISTERED AGENT INFORMATION**

Every corporation shall have and maintain in this State a registered agent in each case, having a business office which generally is open during normal business hours to accept service of process and otherwise perform the functions of a registered agent. Such agent may be an individual or business entity authorized to transact business in

the State of Delaware. The data presented in this field denotes the agent's name, address and phone number of such agent for the entity you are viewing.

## REGISTERED OFFICE

The address of the registered agent located in this State being appointed to accept service of process and otherwise perform the duties of a registered agent.

## RESIDENCY

- **Domestic** – Any entity that is incorporated or formed to do business in the State of Delaware.
- **Foreign** – Any entity that is incorporated or formed in another state as a domestic entity and is also registered in the State of Delaware with the Division of Corporations.

## SERVICE MARK

A mark used in the sale or advertising of services to identify the services of one person and distinguish them from the services of others.

## STATUS

All entities formed in Delaware whether active or inactive are defined with a particular status. They are defined as such:

- **Good Standing** – The entity's existence has not been terminated either voluntarily or administratively.
- **Voluntarily Cancelled** – A certificate of Cancellation has been voluntarily filed by the entity to terminate its existence. This certificate is filed when an entity has dissolved and at the completion of winding up the entity.
- **Dissolved** – A certificate of Dissolution has been voluntarily filed by the corporation to terminate its legal existence.
- **Expired** – A Limited Liability Partnership or Limited Liability Limited Partnership has not filed their annual report in a timely manner. A reinstatement and all Annual Reports that have not been filed, may be filed to reinstate the LLP or LLLP to good standing status. Refer to Title 6, Chapter 15 Section 1003.
- **Forfeited, Failure to appoint a R/A** – A corporation has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.
- **Resign to Appointment** – An Unincorporated Non-Profit Association filed pursuant to Title 6; Chapter 19 may appoint an agent to receive service of process. If such agent resigns from this appointment the entity would show this status.
- **Cancelled, Failure to Pay Tax** – A Limited Partnership, Limited Liability Company or Partnership failed to pay their annual tax for a period of 3 years from the date it is due.
- **Consolidated** – A Certificate of Merger and Consolidation has been filed. The existence of this entity has terminated, and a new entity has been created as a result of the filing.
- **Merged** – A Certificate of Merger between 1 or more entities has been filed. This entity did not survive the merger but was merged into another entity.
- **Converted** – A Certificate of Conversion has been filed. This entity has been converted to an entity that is in existence in another jurisdiction.
- **AR filed, Tax delinquent** – This represents a corporation that has filed the required annual report, however there are still delinquent taxes due.
- **Revoked** – A Limited Liability Partnership (LLP) that has not filed their Annual Report. The Statement of Qualification or Statement of Foreign Qualification of the LLP has been revoked by the Secretary of State.
- **AR delinquent, Tax paid** – This represents a corporation that has paid taxes in full, however the required annual report has not been filed.
- **Cancelled, Failure to Appoint a R/A** – A Limited Partnership, Limited Liability Company or Partnership that has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.
- **Surrendered** – A Certificate of Voluntary Dissolution before issuance of shares or before beginning of business has been filed with the Division of Corporations.
- **Transferred** – A Certificate of Transfer has been filed, and the result of such transfer is the cessation of its existence as an entity of the State of Delaware.
- **AR delinquent, Tax due** – This represents a corporation that has not filed the required annual report and there are delinquent taxes due.
- **Void, AR's or Tax Delinquent** – A corporation that failed to pay its annual franchise tax for a period of 1 year or a Foreign Corporation that has not filed their annual reports within a 2-year period.
- **Withdrawn** – A voluntary Certificate of Withdrawal has been filed by the Corporation which is registered/qualified to do business in Delaware as a Foreign Corporation but domestic in another jurisdiction, to terminate its authority to transact business in the State of Delaware.
- **Ceased Good Standing** – This represents an entity that failed to pay their annual taxes timely. For example: 2002 taxes due June 1, 2003, were not received by end of day June 1, 2003.
- **Relinquished** – A Limited Liability Company or Limited Partnership Registered Series whose Parent entity is in a Voluntarily Cancelled status.
- **Parent Cancelled** – A Limited Liability Company or Limited Partnership Registered Series whose Parent is Cancelled due to either failure to pay tax or failure to appoint a Registered Agent.
- **Cancelled; Divided** – A Limited Liability Company, Limited Partnership, or Statutory Trust whose existence terminated upon filing a Certificate of Division.

- **PPoB Non-Compliant** – A Corporation that has filed their most recent annual report and paid their taxes, however the principal place of business address indicated on their most recent annual report is non-compliant per 8 DEL.C. § 502(a)(4).
- **AR Delinquent, Tax Paid, PPoB Non-Compliant** – A Corporation that has not filed their annual report but has paid their taxes, however the principal place of business address from a prior annual report is non-compliant per 8 DEL.C. § 502(a)(4).
- **AR Delinquent, Tax Due, PPoB Non-Compliant** – A Corporation that has not filed their most recent annual report, nor has paid their taxes, and the principal place of business address from a prior annual report is non-compliant per 8 DEL.C. § 502(a)(4).
- **AR Filed, Tax Due, PPoB Non-Compliant** – A Corporation that has filed their most recent annual report but has not paid their taxes, and the principal place of business address indicated on their most recent annual report is non-compliant per 8 DEL.C. § 502(a)(4).

## STATUS IS AS OF

The date the entity entered into the currently named Status.

## STOCKHOLDER

The holder of at least one share of an entity's stock.

## TOTAL AUTHORIZED SHARES

Any stock corporation may authorize shares of stock that may be issued at a future date. This field represents the current total number of shares authorized by the company's certificate of incorporation or subsequent amending documents.

## TRADEMARK

Any word, name, symbol, device, or any combination thereof adopted and used by a person to identify goods made or sold by that person, and to distinguish them from goods made or sold by others.

## TRADENAME

A trade name, also known as a "DBA" or fictitious name, is a name an owner uses to identify their business, which can differ from its legal name, and is filed in the Office of the Prothonotary of each county in which business is transacted.