IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UL LLC**, | ) |
| | ) |
| | ) Case No. 1:24-cv-05631 |
| Plaintiff, | ) |
| | ) Hon. Judge Andrea R. Wood |
| v. | ) |
| | ) |
| **JOSHUA CALLINGTON**, | ) |
| | ) |
| Defendant. | ) |

### UL LLC'S MOTION TO STRIKE CALLINGTON'S AFFIRMATIVE DEFENSES

Plaintiff/Counter-Defendant UL LLC, by and through its undersigned counsel, respectfully moves this Court, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike Affirmative Defense Nos. 1-4, 7-19, 22-24, 26-30, 32-33, 35-41, 43-44, 46, 52-61, 63, 65-66, 68-72, 75-76, 80-82, and 84 asserted in Defendant/Counter-Plaintiff Joshua Callington's Answer, Defenses and Counterclaims (Dkt. No. 110) and award any further relief deemed appropriate. The grounds for this motion are more fully set forth in the accompanying memorandum of law.

Date: December 12, 2025

Respectfully submitted,

*/s/ Michael Roche*

Michael Roche
Shannon Lemajeur Miller
WINSTON & STRAWN LLP
300 North LaSalle Drive
Suite 4400
Chicago, IL 60654-3406
Tel. 312-558-5600
Fax 312-558-5700
mroche@winston.com
slmiller@winston.com

Richard T. Kienzler
LITTLER MENDELSON, P.C.
321 North Clark Street

Suite 1100
Chicago, IL 60654
Tel. 312-372.5520
Fax 312-372-7880
rkienzler@littler.com

Kevin E. Griffith (admitted *pro hac vice*)
Emily E. Levy (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Tel. 614-463-4210
Fax 614-737-9135
kgriffith@littler.com
elevy@littler.com

*Attorneys for Counter-Defendant UL LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December 2025, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant and Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

/s/ *Shannon Lemajeur Miller*
Counsel for Counter-Defendant UL LLC