**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UL LLC**, | ) | |
| | ) | |
| | ) | Case No. 1:24-cv-05631 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Andrea R. Wood |
| v. | ) | |
| | ) | |
| **JOSHUA CALLINGTON,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 20, 2025 order (Dkt. No. 115), the parties state as follows:

1. The parties submit the following agreed proposed discovery schedule:

   a. Fact discovery closes June 26, 2026

   b. Initial expert disclosures and reports will be produced by July 30, 2026

   c. Rebuttal expert disclosures and reports will be produced by September 30, 2026;

   d. Deposition of experts will be completed by October 30, 2026

   e. Dispositive motions due December 4, 2026

2. The parties are prepared to discuss trial dates at the January 7, 2026 telephonic status hearing. (*See* Dkt. No. 115.)

3. On December 12, 2025, UL LLC filed its pending Motion to Dismiss Callington's Counterclaims (Dkt. No. 117) and memorandum of law in support thereof (Dkt. No. 118), and UL LLC's pending Motion to Strike Callington's Affirmative Defenses (Dkt. No. 119) and memorandum of law in support thereof (Dkt. No. 120).

   a. Mr. Callington intends to amend his original Answer and Counterclaims on or before January 18, 2026.

1

b.       Assuming Mr. Callington is permitted to do so, UL LLC will answer or

otherwise respond to Mr. Callington's amended Counterclaims by February 19, 2026.

Date: December 19, 2025                              Respectfully submitted,

/s/ Agatha M. Cole (with consent)                   /s/ Michael Roche

Agatha M. Cole                                      Michael Roche
BEVERLY PLLC                                        Shannon Lemajeur Miller
43 West 43rd Street, Suite 159                      WINSTON & STRAWN LLP
New York, NY 10036                                  300 North LaSalle Drive
(828) 773-2628                                      Suite 4400
agatha@beverlypllc.com                              Chicago, IL 60654-3406
                                                    Tel. 312-558-5600
Counsel for Joshua Callington                       Fax 312-558-5700
                                                    mroche@winston.com
                                                    slmiller@winston.com

                                                    Richard T. Kienzler
                                                    LITTLER MENDELSON, P.C.
                                                    321 North Clark Street
                                                    Suite 1100
                                                    Chicago, IL 60654
                                                    Tel. 312-372.5520
                                                    Fax 312-372-7880
                                                    rkienzler@littler.com

                                                    Kevin E. Griffith (admitted *pro hac vice*)
                                                    Emily E. Levy (admitted *pro hac vice*)
                                                    LITTLER MENDELSON, P.C.
                                                    41 South High Street, Suite 3250
                                                    Columbus, OH 43215
                                                    Tel. 614-463-4210
                                                    Fax 614-737-9135
                                                    kgriffith@littler.com
                                                    elevy@littler.com

                                                    *Attorneys for UL LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 19th day of December 2025, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant and Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for Plaintiff UL LLC
