# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 6, 2026

*By the Court*:

| | |
|---|---|
| No. 25-2596 | UL LLC,<br>Plaintiff - Appellee<br><br>v.<br><br>JOSHUA CALLINGTON,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-05631<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood | |

Upon consideration of the **APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on January 5, 2026, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit