**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UL LLC

                        Plaintiff,

v.                                      Case No.: 1:24–cv–05631
                                            Honorable Andrea R. Wood

Joshua Callington

                        Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Albert Berry, III for the purpose of holding proceedings related to: discovery supervision and settlement conference. (lma, )


Dated: January 8, 2026

                                                                  /s/ Andrea R. Wood

                                                              United States District Judge