# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UL LLC

                    Plaintiff,

v.                                      Case No.: 1:24−cv−05631

                                                        Honorable Andrea R. Wood

Joshua Callington

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

        MINUTE entry before the Honorable Albert Berry III: This case has been referred to Judge Berry III for discovery supervision and settlement [[126], [127]]. The Court adopts the schedule set by the District Judge [126]. An initial video status hearing is set for 1/27/26 at 10:45 a.m. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)−244−8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.