# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UL LLC

                Plaintiff,

v.

                                      Case No.: 1:24–cv–05631
                                      Honorable Andrea R. Wood

Joshua Callington

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 25, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: The Court sets the following briefing schedule for UL LLC's motion to dismiss Callington's first amended counterclaims [131]: Callington shall response by 3/25/2026 and UL LLC shall reply by 4/8/2026. In light of the first amended answer, defenses and counterclaims [129], UL LLC's previously filed motion to dismiss counterclaims [117] and motion to strike affirmative defenses [119] are terminated as moot. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.