**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UL LLC**, | ) | |
| | ) | |
| | ) | Case No. 1:24-cv-05631 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Albert Berry III |
| **JOSHUA CALLINGTON,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 27, 2026 order (Dkt. No. 130), the parties submit the following Joint Status Report.

1.      Plaintiff UL LLC ("UL") states as follows:

a.      On February 12, 2026, UL served its First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant Joshua Callington ("Mr. Callington").

b.      Mr. Callington has not responded to UL's discovery requests, and UL reserves the right to move to compel.

2.      Mr. Callington states as follows:

a.      On or about August 7, 2025, the District Court ordered Mr. Callington to produce a copy of all documents and ESI that he acquired in the course of his employment with UL and still has in his possession, for the purpose of allowing UL to review and return the same with proposed confidentiality designations.

b.      Because Mr. Callington is a private individual with limited financial resources, the parties agreed on a protocol to minimize the burden and expense imposed by such a

1

large production whereby: (a) Mr. Callington would upload and transfer all of the files via a secure file-sharing platform ("TitanFile"), provided by UL's counsel; and (b) UL would process the documents in its e-discovery database ("Relativity"), add Bates stamps, and then return / reproduce the same back to Mr. Callington with its proposed confidentiality designations.

        c.      In or around mid-to-late August 2025, Mr. Callington completed his first production ("Callington Prod 001"), which consists of substantially all files (e.g., email communications, documents, photographs, recordings, and other ESI) that Mr. Callington has retained the incident to his employment since 2017.

        3.      The parties do not believe a settlement conference would be fruitful at this time.

Date: March 31, 2026                Respectfully submitted,

_/s/ Agatha M. Cole (with consent)_          _/s/ Michael Roche_

Agatha M. Cole                    Michael Roche
BEVERLY PLLC                   Shannon Lemajeur Miller
43 West 43rd Street, Suite 159       WINSTON & STRAWN LLP
New York, NY 10036            300 North LaSalle Drive
(828) 773-2628               Suite 4400
agatha@beverlypllc.com       Chicago, IL 60654-3406
                          Tel. 312-558-5600
_Counsel for Joshua Callington_      Fax 312-558-5700
                          mroche@winston.com
                          slmiller@winston.com

Richard T. Kienzler
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Tel. 312-372.5520
Fax 312-372-7880
rkienzler@littler.com

Kevin E. Griffith (admitted _pro hac vice_)
Emily E. Levy (admitted _pro hac vice_)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250

Columbus, OH 43215
Tel. 614-463-4210
Fax 614-737-9135
kgriffith@littler.com
elevy@littler.com

*Attorneys for UL LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant and Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for Plaintiff UL LLC