## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UL LLC

                    Plaintiff,

v.                                                    Case No.: 1:24–cv–05631
                                                      Honorable Andrea R. Wood

Joshua Callington

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2026:

        MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [135]. The parties report they are progressing with discovery. The parties are not interested in a settlement conference at this time. The parties are ordered to file a joint status report on 6/2/26 informing the Court on the progress of fact discovery and stating whether the parties believe a settlement conference may be fruitful at that time. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.