**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UL LLC**, | ) | |
| | ) | |
| | ) | Case No. 1:24-cv-05631 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Andrea R. Wood |
| v. | ) | |
| | ) | Hon. Magistrate Judge Albert Berry III |
| **JOSHUA CALLINGTON,** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF UL LLC'S STATUS REPORT**

Pursuant to the Court's April 1, 2026 order (ECF No. 136), Plaintiff UL LLC ("UL") hereby states as follows:

1. The parties were unable to reach an agreement on a joint status report. As such, UL submits this Status Report solely on its behalf.

2. UL believes that the parties agree on the need to extend the discovery deadlines in this matter but disagree on the details of such extension request. UL believes that a telephonic status hearing with the Court would be beneficial.

3. On February 12, 2026, UL served its First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant Joshua Callington ("Callington").

4. Callington has not responded to UL's discovery requests, and UL reserves the right to move to compel.

5. Callington has not served any written discovery requests to date.

6. On August 7, 2025, the District Court granted UL's motion for a limited preliminary injunction and ordered Callington to "produce to UL copies of any and all UL documents and Electronically Stored Information—and any other UL property, tangible or intangible—that is in

1

his possession or under his control and that he acquired or took from UL through his employment or working-relationship with UL" to allow UL to "identify which of those documents, Electronically Stored Information, and property contain or reflect its trade secrets or its proprietary or confidential information." (ECF No. 91 at ¶ 1, the "Order".)

7. Callington subsequently produced documents and ESI to UL pursuant to the Order ("Callington's Production").

8. UL has been diligently working on reviewing Callington's Production and making confidentiality designations where appropriate.

9. In response to UL's repeated demands that Callington respond to its discovery requests, Callington's counsel has stated that Callington will not respond to UL's discovery requests until UL finishes applying confidentiality designations to Callington's Production.

10. UL disagrees with Callington's position and contends that the Order does not abrogate Callington's duty to respond to UL's discovery requests in accordance with the Federal Rules of Civil Procedure. Indeed, the District Court confirmed that "it did not believe that [the parties'] "dispute regarding the treatment of UL's materials that were already in Callington's possession—*i.e.*, the materials he allegedly converted in breach of his agreements with UL, as opposed to any information he might receive from UL through the discovery process—constituted a discovery dispute falling within the confines of Federal Rule of Civil Procedure 26(c)." (ECF No. 90 at 8.)

11. UL does not believe a settlement conference would be fruitful at this time but would welcome a telephonic status hearing with the Court.

Date: June 2, 2026                                   Respectfully submitted,

                                                        */s/ Michael Roche*

2

Michael Roche
Shannon Lemajeur Miller
WINSTON TAYLOR LLP
300 North LaSalle Drive
Suite 4400
Chicago, IL 60654-3406
Tel. 312-558-5600
Fax 312-558-5700
mroche@winstontaylor.com
slmiller@winstontaylor.com

Richard T. Kienzler
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Tel. 312-372.5520
Fax 312-372-7880
rkienzler@littler.com

Kevin E. Griffith (admitted *pro hac vice*)
Emily E. Levy (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Tel. 614-463-4210
Fax 614-737-9135
kgriffith@littler.com
elevy@littler.com

*Attorneys for UL LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant Joshua Callington may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for Plaintiff UL LLC