**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

          Plaintiff,

v.

Joshua Callington

          Defendant.

Case No.: 1:24–cv–05631
Honorable Andrea R. Wood

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

     MINUTE entry before the Honorable Albert Berry III: On the Court's own motion, the status hearing set for 6/11/26 is stricken and **rescheduled for 6/26/26 at 10:15am.** Instructions remain the same as in docket # [140]. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.