

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name   Shannon Lemajeur Miller

Firm    Winston Taylor LLP

Street Address   300 N. LaSalle Dr. Suite 4400

City/State/Zip Code   Chicago, IL 60654

Phone Number   (312) 558-5600

Email address  Shannon.Miller@winstontaylor.com

ARDC (Illinois State Bar members, only)  6336247

If you have previously filed an appearance with this court using a different name, enter that name.
Shannon Denise Lemajeur

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:24-cv-05631 | UL LLC v. Callington | Hon. Andrea R. Wood |
| 1:26-cv-05376 | Jean v The Nielsen Co (US) | Hon. Lindsay C. Jenkins |
| | | |
| | | |
| | | |
| | | |

/s/ Shannon Lemajeur Miller                      6/9/2026

Signature of Attorney                                   Date

Rev. 07032025