**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UL LLC**, | ) |
| | ) |
| | ) Case No. 1:24-cv-05631 |
| Plaintiff/Counter-Defendant, | ) |
| | ) Hon. Judge Andrea R. Wood |
| v. | ) |
| | ) Hon. Magistrate Judge Albert Berry III |
| **JOSHUA CALLINGTON,** | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

**PLAINTIFF UL LLC'S MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff/Counter-Defendant UL LLC ("UL"), by and through its undersigned counsel, respectfully requests that the Court extend discovery deadlines by approximately four (4) months. In support thereof, UL hereby states as follows:

1.      UL submits that it has been working diligently and as cooperatively as possible with Defendant/Counter-Plaintiff Joshua Callington ("Callington") to substantially complete discovery in this matter.

2.      Document collection and production have been more complex than expected. UL believes that the parties agree on the need to extend the discovery deadlines in this matter. In fact, Callington's counsel stated that Callington "obviously agree[s] that the current discovery deadline is unworkable." (Ex. A at 4 (May 15, 2026 email from Callington's counsel).) However, there has been a lack of clarity in Callington's position and UL believes that the parties may disagree on the details of such extension request.

3.      Per ECF No. 126, the current discovery deadlines are:

      a.      Fact discovery: June 26, 2026

      b.      Initial expert disclosures: July 30, 2026

1

    c.      Rebuttal expert disclosures: September 30, 2026

    d.      Expert depositions: October 30, 2026

4. Callington originally proposed extending the fact discovery deadline to sometime in October or November 2026. Callington's proposal also included at least six (6) other sub-deadlines that appeared unreasonable to UL and not consistent with local practice in this district.

5. UL then sent Callington a draft joint motion to extend the discovery deadlines by approximately four (4) months such that the fact discovery deadline would be October 26, 2026. (*See id.* at 3 (May 27, 2026 email from UL's counsel to Callington's counsel attaching "a draft joint motion to extend the discovery deadline to late October / approximately four (4) months" and asking for counsel's permission to file).)

6. Callington's counsel did not respond to UL's draft joint motion. UL's counsel sent two follow-up emails to Callington's counsel to no avail. (*See id.* at 2.) Finally, in response to a different email from UL's counsel regarding a joint status report, Callington's counsel stated that Callington disagreed with UL's draft (*see id.* at 1), but it remains unclear to UL as to whether Callington agrees to UL's proposed extension request.

7. UL has attempted to confer with Callington in good faith and believes that Callington is agreeable to a four (4) month extension. As such, UL respectfully requests that the Court extend the current discovery deadlines by approximately four (4) months as follows:

    a.      Fact discovery: October 26, 2026

    b.      Initial expert disclosures: December 4, 2026

    c.      Rebuttal expert disclosures: February 5, 2027

    d.      Expert depositions: March 5, 2027

Date: June 10, 2026                  Respectfully submitted,

/s/ Michael Roche

Michael Roche
Shannon Lemajeur Miller
WINSTON TAYLOR LLP
300 North LaSalle Drive
Suite 4400
Chicago, IL 60654-3406
Tel. 312-558-5600
Fax 312-558-5700
michael.roche@winstontaylor.com
shannon.miller@winstontaylor.com

Richard T. Kienzler
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Tel. 312-372.5520
Fax 312-372-7880
rkienzler@littler.com

Kevin E. Griffith (admitted *pro hac vice*)
Emily E. Levy (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Tel. 614-463-4210
Fax 614-737-9135
kgriffith@littler.com
elevy@littler.com

*Attorneys for UL LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 10th day of June 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant/Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for Plaintiff/Counter-Defendant UL LLC