# Exhibit A

| | |
|---|---|
| **From:** | Agatha M. Cole |
| **To:** | Miller, Shannon Lemajeur |
| **Cc:** | Roche, Michael; Kienzler, Rick |
| **Subject:** | Re: UL v. Callington - Case No. 1:24-cv-05631 |
| **Date:** | Tuesday, June 2, 2026 2:52:04 PM |
| **Attachments:** | image001.png |
| | image002.png |



We do not approve of your draft for the reasons previously stated, and we do not agree with your take on routine discovery practice in NDIL. If you are amendable to some version of the draft that I previously proposed or some other more date-specific commitments, we would welcome the opportunity to work through the details. Otherwise, we plan on filing our own status report and proposed deadlines separate and apart from your submission.

--



**Agatha M. Cole** (she/her)

*Beverly PLLC*

☐ agatha@beverlypllc.com  ☐ +1 (828) 773-2628

☐ 43 West 43rd Street, Suite 159, New York, NY 10036

On Tue, Jun 2, 2026 at 11:51 AM Miller, Shannon Lemajeur <shannon.miller@winstontaylor.com> wrote:

> Agatha,
>
> I am not sure why you are not responding to my emails. Attached is the draft joint status report which is due today per Dkt. No. 136. The content is very similar to the prior joint status report that the parties filed, so we believe Defendant will approve. However, please let us know by **6:00 PM Eastern** if you have any proposed changes. Otherwise, we will assume that we have your permission to file.
>
> Best,
>
> Shannon
>
>
>
> **Shannon Lemajeur Miller**
> Associate Attorney
>
> ■ T +1 (312) 558-5213
> ■ M +1 (847) 361-9457
> ■ shannon.miller@winstontaylor.com
>
> Admitted to practice in Illinois
>
> **From:** Miller, Shannon Lemajeur

**Sent:** Monday, June 1, 2026 8:09 AM
**To:** 'Agatha M. Cole' <agatha@beverlypllc.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** RE: UL v. Callington - Case No. 1:24-cv-05631

Good morning, Agatha,

The parties have a joint status report due tomorrow per Dkt. No. 136. We would like to file the extension request before then. Accordingly, please let us know as soon as possible if we have your permission to file.

Best,

Shannon

**WINSTON TAYLOR.**

**Shannon Lemajeur Miller**
Associate Attorney

- T +1 (312) 558-5213
- M +1 (847) 361-9457
- shannon.miller@winstontaylor.com

Admitted to practice in Illinois

Meet Winston Taylor

Winston & Strawn email addresses change to Winston Taylor effective June 1, 2026. Legacy email addresses will redirect for a short period of time. Please use the following email format to contact Winston Taylor attorneys
and business professionals: firstname.lastname@winstontaylor.com.

**From:** Miller, Shannon Lemajeur
**Sent:** Friday, May 29, 2026 8:28 AM
**To:** Agatha M. Cole <agatha@beverlypllc.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** RE: UL v. Callington - Case No. 1:24-cv-05631

Agatha,

I am following up on my email below. Please let us know if we have your permission to file the draft joint motion to extend discovery deadlines, which we would like to file as soon as possible.

Best,

Shannon



**SHANNON LEMAJEUR MILLER**
ASSOCIATE ATTORNEY

**T** +1 (312) 558-5213
**M** +1 (847) 361-9457
slmiller@winston.com

*Admitted to practice in Illinois*

---

**From:** Miller, Shannon Lemajeur <SLMiller@winston.com>
**Sent:** Wednesday, May 27, 2026 2:34 PM
**To:** Agatha M. Cole <agatha@beverlypllc.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** RE: UL v. Callington - Case No. 1:24-cv-05631

Hi Agatha,

We are working on the confidentiality designations and anticipate finishing within the next few weeks. Attached is a draft joint motion to extend the discovery deadline to late October / approximately four (4) months.

We know courts in some areas do the phased scheduling but that's not something that's done in the Northern District. Note that none of the other scheduling orders from the court in this case had that. If you search other cases in the district, you'll note that those phased orders just aren't a thing here. We are happy to discuss internal deadline goals between the parties, but that is not something that would be filed with the court and it will probably just make the extension more difficult.

Please let us know if we have your permission to file.

Best,

Shannon

**SHANNON LEMAJEUR MILLER**
ASSOCIATE ATTORNEY

**T** +1 (312) 558-5213

**M** +1 (847) 361-9457
slmiller@winston.com

*Admitted to practice in Illinois*

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Friday, May 22, 2026 6:54 AM
**To:** Miller, Shannon Lemajeur <SLMiller@winston.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** Re: UL v. Callington - Case No. 1:24-cv-05631

Just following up on this…

--



**Agatha M. Cole** (she/her)
*Beverly PLLC*
agatha@beverlypllc.com  +1 (828) 773-2628
43 West 43rd Street, Suite 159, New York, NY 10036

On Fri, May 15, 2026 at 14:12 Agatha M. Cole <agatha@beverlypllc.com> wrote:

> Hi Shannon, et al.,
>
> Are you able to provide an ETA or status update on the bates stamped reproduction and confidentiality designations for documents that Mr. Callington previously produced pursuant to the preliminary injunction order? As previously discussed, we would appreciate some guidance on when to expect that before making any further commitments on the anticipated course of discovery.
>
> Moreover, while we obviously agree that the current discovery deadline is unworkable, I really must insist on including a clear set of mutually agreed upon target dates for each phase of discovery in any jointly proposed request or filing.
>
> I have attached a modified version of the draft proposal that I had originally shared with you March 31 as a starting point for discussion. Please have a look and let me know your thoughts.
>
> Best,

Agatha

--



**Agatha M. Cole** (she/her)
*Beverly PLLC*
agatha@beverlypllc.com  +1 (828) 773-2628
43 West 43rd Street, Suite 159, New York, NY 10036

On Fri, May 15, 2026 at 11:05 AM Miller, Shannon Lemajeur <SLMiller@winston.com> wrote:

> Hi Agatha,
>
> I am following up on this. Please let us know if Defendant agrees to an extension of discovery deadlines. We would like to get the motion on file as soon as possible.
>
> Best,
>
> Shannon
>
> **WINSTON & STRAWN** LLP
>
> **SHANNON LEMAJEUR MILLER**
> ASSOCIATE ATTORNEY
>
> **T** +1 (312) 558-5213
> **M** +1 (847) 361-9457
> slmiller@winston.com
>
> *Admitted to practice in Illinois*
>
> ---
>
> **From:** Agatha M. Cole <agatha@beverlypllc.com>
> **Sent:** Tuesday, May 12, 2026 11:04 AM
> **To:** Miller, Shannon Lemajeur <SLMiller@winston.com>
> **Cc:** Roche, Michael <MRoche@winston.com>
> **Subject:** Re: UL v. Callington - Case No. 1:24-cv-05631

Hi Shannon,

Please give me a few days to get back to you.

Thanks,

Agatha

--

**Agatha M. Cole** (she/her)
*Beverly PLLC*
agatha@beverlypllc.com  +1 (828) 773-2628
43 West 43rd Street, Suite 159, New York, NY 10036

On Tue, May 12, 2026 at 08:04 Miller, Shannon Lemajeur <SLMiller@winston.com> wrote:

Agatha,

I am following up on my email below. Please respond.

Best,

Shannon

**WINSTON & STRAWN** LLP

**SHANNON LEMAJEUR MILLER**
ASSOCIATE ATTORNEY

T +1 (312) 558-5213
M +1 (847) 361-9457
slmiller@winston.com

*Admitted to practice in Illinois*

**From:** Miller, Shannon Lemajeur

**Sent:** Wednesday, May 6, 2026 12:25 PM
**To:** Agatha M. Cole <agatha@beverlypllc.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** UL v. Callington - Case No. 1:24-cv-05631

Hi Agatha,

We would like to extend discovery deadlines by approximately 60 days. Please let us know if you agree and we will draft a joint motion.

Best,

Shannon



**SHANNON LEMAJEUR MILLER**
ASSOCIATE ATTORNEY

**T** +1 (312) 558-5213
**M** +1 (847) 361-9457
slmiller@winston.com

300 N. LaSalle Dr., Chicago, IL 60654-3406

*Admitted to practice in Illinois*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.