**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

                Plaintiff,

v.

Joshua Callington

                Defendant.

Case No.: 1:24–cv–05631
Honorable Andrea R. Wood

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 11, 2026:

      MINUTE entry before the Honorable Albert Berry III: Plaintiff's Motion to Extend Discovery Deadlines [145] is denied without prejudice with leave to refile after the parties hold a meet and confer that complies with Judge Berry III's Case Procedures on Discovery Motions (i.e., in–person or by videoconference). If the parties remain at impasse following an adequate meet and confer, Plaintiff may re–file the motion no later than 6/22/26 and the Court will hear argument on the motion at the status conference set for 6/26/26 at 10:15 a.m. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.