**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UL LLC**, | ) | |
| | ) | |
| | ) | Case No. 1:24-cv-05631 |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | Hon. Judge Andrea R. Wood |
| v. | ) | |
| | ) | Hon. Magistrate Judge Albert Berry III |
| **JOSHUA CALLINGTON,** | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**PLAINTIFF UL LLC'S AMENDED MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff/Counter-Defendant UL LLC ("UL"), by and through its undersigned counsel, states that in accordance with ECF No. 146, the parties met and conferred but were still unable to reach an agreement regarding a request to extend discovery deadlines in this matter. Accordingly, UL hereby files an Amended Motion to Extend Discovery Deadlines as set forth herein.

1.      UL submits that it has been working diligently and as cooperatively as possible with Defendant/Counter-Plaintiff Joshua Callington ("Callington") to substantially complete discovery in this matter.

2.      Document collection and production have been more complex than expected. UL believes that the parties agree on the need to extend the discovery deadlines in this matter. In fact, Callington's counsel stated that Callington "obviously agree[s] that the current discovery deadline is unworkable." (ECF No. 145-1 at 4 (May 15, 2026 email from Callington's counsel).) However, the parties disagree on the details of such extension request.

3.      Per ECF No. 126, the current discovery deadlines are:

a.      Fact discovery: June 26, 2026

b.      Initial expert disclosures: July 30, 2026

1

    c.      Rebuttal expert disclosures: September 30, 2026

    d.      Expert depositions: October 30, 2026

4.      Callington originally proposed extending the fact discovery deadline to sometime in October or November 2026. Callington's proposal also included at least six (6) other sub-deadlines that appeared unworkable to UL.

5.      UL then sent Callington a draft joint motion to extend the discovery deadlines by approximately four (4) months such that the fact discovery deadline would be October 26, 2026. (*See* ECF No. 145-1 at 3 (May 27, 2026 email from UL's counsel to Callington's counsel attaching "a draft joint motion to extend the discovery deadline to late October / approximately four (4) months" and asking for counsel's permission to file).)

6.      Callington's counsel did not respond to UL's draft joint motion. UL's counsel sent two follow-up emails to Callington's counsel to no avail. (*See id.* at 2.) Finally, in response to a different email from UL's counsel regarding a joint status report, Callington's counsel stated that Callington disagreed with UL's draft (*see id.* at 1), but it remained unclear to UL as to whether Callington agreed to UL's proposed extension request.

7.      Pursuant to ECF No. 146, counsel for UL and counsel for Callington had a videoconference in accordance with Local Rule 37.2 on June 16, 2026. During such videoconference, counsel for Callington explained that Callington would not agree to an extension of the discovery deadlines unless such extension request contained the sub-deadlines that opposing counsel had insisted upon in prior communications. Counsel for UL reiterated its position that UL would be happy to internally discuss target dates for phases of discovery but did not agree to opposing counsel's proposal.

8. On June 18, 2026, in a good faith effort to compromise, counsel for UL sent a revised draft joint motion to extend the discovery deadlines to counsel for Callington that included several sub-deadlines of the type that Callington had requested. (*See* Ex. A.) Counsel for Callington did not respond. (*See id.*)

9. Accordingly, UL has attempted to confer with Callington in good faith and respectfully requests that the Court extend the current discovery deadlines as follows:

     a.     Fact discovery: November 19, 2026

     b.     Initial expert disclosures: December 18, 2026

     c.     Rebuttal expert disclosures: February 26, 2027

     d.     Expert depositions: March 26, 2027

Date: June 22, 2026

Respectfully submitted,

*/s/ Michael Roche*

Michael Roche
Shannon Lemajeur Miller
WINSTON TAYLOR LLP
300 North LaSalle Drive
Suite 4400
Chicago, IL 60654-3406
Tel. 312-558-5600
Fax 312-558-5700
michael.roche@winstontaylor.com
shannon.miller@winstontaylor.com

Richard T. Kienzler
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Tel. 312-372.5520
Fax 312-372-7880
rkienzler@littler.com

Kevin E. Griffith (admitted *pro hac vice*)
Emily E. Levy (admitted *pro hac vice*)

3

LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Tel. 614-463-4210
Fax 614-737-9135
kgriffith@littler.com
elevy@littler.com

*Attorneys for UL LLC*

4

## **LOCAL RULE 37.2 CERTIFICATE**

I, Shannon Lemajeur Miller, hereby certify that:

1. I am over eighteen (18) years of age and competent to testify to the matters contained herein. This Certificate is based upon my own personal knowledge.

2. I am counsel of record for Plaintiff/Counter-Defendant UL LLC ("UL") in the above-captioned matter. This Certificate is submitted in support of UL's Amended Motion to Extend Discovery Deadlines.

3. In a good faith attempt to resolve their differences, counsel for UL and counsel for Defendant/Counter-Plaintiff Joshua Callington ("Callington") had a videoconference via Microsoft Teams from approximately 2:00 – 2:16 PM Central on June 16, 2026. The parties were unable to reach an accord.

4. My colleague, Serena Dineshkumar, and I of Winston Taylor LLP attended the videoconference on June 16, 2026 on behalf of UL, and Agatha Cole of Beverly PLLC attended on behalf of Callington.

/s/ Shannon L. Miller

*Counsel for UL LLC*

5

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 22nd day of June 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant/Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for UL LLC