# Exhibit A

**From:** Miller, Shannon Lemajeur
**To:** Roche, Michael; Agatha M. Cole
**Subject:** RE: UL v. Callington
**Date:** Monday, June 22, 2026 7:35:00 AM
**Attachments:** image001.png
**Importance:** High

Hi Agatha,

I hope you had a great weekend. Please let us know by **this morning** if Mr. Callington agrees to our revised proposed joint motion to extend the discovery deadlines. Otherwise, per ECF No. 146, UL must refile its motion to extend discovery deadlines by today.

Thank you,
Shannon

**Shannon Lemajeur Miller**
Associate Attorney

- T +1 (312) 558-5213
- M +1 (847) 361-9457
- shannon.miller@winstontaylor.com

*Admitted to practice in Illinois*



---

**From:** Roche, Michael <MRoche@winston.com>
**Sent:** Thursday, June 18, 2026 8:43 AM
**To:** Agatha M. Cole <agatha@beverlypllc.com>
**Cc:** Miller, Shannon Lemajeur <SLMiller@winston.com>
**Subject:** UL v. Callington

Agatha – thanks for your messages. We don't agree that rule 26(f) requires phased discovery scheduling (the only reference to that in the rule is that the parties should discuss whether there should be phases). We think your full schedule with multiple sub-deadlines is not workable in this case and while I know that type of schedule is common in some districts, it is, in fact, very unusual here. Having said that, we understand having sub-deadlines is important to you and we want to try to be cooperative. Toward that goal, attached is a proposal that includes some of those sub-deadlines. Please let us know your thoughts asap. I'm on the road the next couple of days but Shannon will be around and I'll make myself available where necessary. Hope we can get this done for everyone's sake. Thanks, Agatha

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UL LLC**, | ) |
| | ) |
| | ) Case No. 1:24-cv-05631 |
| Plaintiff/Counter-Defendant, | ) |
| | ) Hon. Judge Andrea R. Wood |
| v. | ) |
| | ) Hon. Magistrate Judge Albert Berry III |
| **JOSHUA CALLINGTON,** | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

**[DRAFT] JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff/Counter-Defendant UL LLC ("UL") and Defendant/Counter-Plaintiff Joshua Callington ("Mr. Callington"), by and through their undersigned counsel, state that they have conferred and, upon reflection, agree that additional time is necessary for discovery in this case. As such, the parties respectfully request that the Court extend discovery deadlines as set forth herein. In support thereof, the parties hereby state as follows:

1.      The parties submit they are working diligently and cooperatively to substantially complete discovery in this matter. The parties are engaged in written discovery and intend on scheduling depositions once document production and written discovery is complete.

2.      Per ECF No. 126, the current discovery deadlines are:

    a.      Fact discovery: June 26, 2026

    b.      Initial expert disclosures: July 30, 2026

    c.      Rebuttal expert disclosures: September 30, 2026

    d.      Expert depositions: October 30, 2026

3.      Pursuant to the parties' agreed upon protocol for the production of documents covered by the preliminary injunction order (ECF Nos. 91, 92, 94, 95), Mr. Callington avers that

1

has produced a copy of substantially all files (*e.g.*, email communications, documents, photographs, recordings, and other ESI) which he acquired and retained incident to his employment with UL between 2017 and 2024.

4. UL is currently processing and Bates-stamping those files and intends to reproduce copies of the same back to Mr. Callington with its proposed confidentiality designations as soon as practicable.

5. UL served its First Set of Interrogatories and First Set of Requests for Production of Documents on February 15, 2026, and Mr. Callington agrees to answer such requests by July 15, 2026.

6. Mr. Callington intends to serve his first set of discovery requests on or before June 30, 2026. UL agrees to respond to such requests within forty-five (45) of service.

7. The parties have agreed to complete their respective responses to the pending discovery requests on a rolling basis with the understanding that substantially all responsive document productions should be completed by August 31, 2026.

8. The parties intend to continue working collaboratively towards the completion of discovery and will file a joint status report confirming that substantially all document productions have been completed and/or notifying the Court of any obstacles that have prevented the completion of document discovery on or before September 1, 2026.

9. The parties have committed to serving deposition notices as soon as is reasonably practicable, and in no event later than forty-five (45) days following the completion of document discovery.

2

10.     Based on the foregoing, the parties anticipate that the depositions of most fact witnesses will likely need to be scheduled in early fall and therefore respectfully request that the Court extend the current discovery deadlines as follows:

      a.     Fact discovery: November 19, 2026

      b.     Initial expert disclosures: December 18, 2026

      c.     Rebuttal expert disclosures: February 26, 2027

      d.     Expert depositions: March 26, 2027

Date: June __, 2026                              Respectfully submitted,

/s/ DRAFT *Agatha M. Cole (with consent)*            */s/ Michael Roche*

Agatha M. Cole                                   Michael Roche
BEVERLY PLLC                                     Shannon Lemajeur Miller
43 West 43rd Street, Suite 159                   WINSTON TAYLOR LLP
New York, NY 10036                               300 North LaSalle Drive
(828) 773-2628                                   Suite 4400
agatha@beverlypllc.com                           Chicago, IL 60654-3406
                                                 Tel. 312-558-5600
*Counsel for Joshua Callington*                  Fax 312-558-5700
                                                 Michael.roche@winstontaylor.com
                                                 Shannon.miller@winstontaylor.com

                                                 Richard T. Kienzler
                                                 LITTLER MENDELSON, P.C.
                                                 321 North Clark Street
                                                 Suite 1100
                                                 Chicago, IL 60654
                                                 Tel. 312-372.5520
                                                 Fax 312-372-7880
                                                 rkienzler@littler.com

                                                 Kevin E. Griffith (admitted *pro hac vice*)
                                                 Emily E. Levy (admitted *pro hac vice*)
                                                 LITTLER MENDELSON, P.C.
                                                 41 South High Street, Suite 3250
                                                 Columbus, OH 43215
                                                 Tel. 614-463-4210
                                                 Fax 614-737-9135
                                                 kgriffith@littler.com

3

elevy@littler.com

*Attorneys for UL LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of June 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant and Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

/s/ Shannon Lemajeur Miller
Counsel for Plaintiff UL LLC

5