**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

                    Plaintiff,

v.                                                      Case No.: 1:24–cv–05631
                                                        Honorable Andrea R. Wood

Joshua Callington

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

    MINUTE entry before the Honorable Albert Berry III: Plaintiff's Amended Motion to Extend Discovery Deadlines [147] is taken under advisement and will be heard at the 6/26/26 status hearing, per the Court's previous order [146]. The Court does not require further briefing, but Defendant may file a short proposal (not to exceed 3 pages) for a discovery schedule that includes the "sub–deadlines" referred to in Plaintiff's motion (Dkt. 147 at Paragraph 7) on or before 6/24/26. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.