**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

                    Plaintiff,

v.                                                    Case No.: 1:24–cv–05631
                                                      Honorable Andrea R. Wood

Joshua Callington

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 26, 2026:

        MINUTE entry before the Honorable Albert Berry III: Motion and status hearing held 6/26/26. Plaintiff's Motion to Extend Discovery Deadlines [147] is granted in part and denied in part. The fact discovery deadline is extended to 11/19/26. The Court denies the motion to the extent it seeks to set expert discovery deadlines; the Court generally does not set expert discovery deadlines until the end of fact discovery. The Court believes that it would likely be prudent and efficient for Plaintiff to produce the Bates stamped materials pursuant to the preliminary injunction order before the parties respond to written discovery requests. The parties are ordered to meet and confer on how to proceed with that confidentiality review and how to efficiently stage discovery. A video status hearing is set for 7/28/26 at 10:15 a.m. Instructions will be emailed to the parties. Members of the public and media will be able to call in to listen to this hearing. Please call (855)–244–8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.