**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC
Plaintiff,
v.
Joshua Callington
Defendant.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

MINUTE entry before the Honorable Albert Berry III:Status hearing held 7/28/26. Plaintiff reports that they will likely complete necessary reviews and produce necessary documents to Defendant by end of August. Defendant will respond within 30 days of that production. The parties are ordered to file a joint status report on 8/27/26. The next status hearing will be held by video on 10/1/26 at 10:00 AM. Instructions will be emailed to the parties. Members of the public and media will be able to call in to listen to this hearing. Please call (855)−244−8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.