**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UL LLC,** | ) | |
| | ) | |
| | ) | Case No. 1:24-cv-05631 |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | Hon. Judge Andrea R. Wood |
| v. | ) | |
| | ) | Hon. Magistrate Judge Albert Berry III |
| **JOSHUA CALLINGTON,** | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**PLAINTIFF UL LLC'S STATUS REPORT**

Pursuant to the Court's July 28, 2026 order (ECF No. 151), Plaintiff/Counter-Defendant UL LLC ("UL"), by and through its undersigned counsel, hereby states as follows:

1. Counsel for UL sent counsel for Defendant/Counter-Plaintiff Joshua Callington ("Mr. Callington") a draft joint status report. Counsel for Mr. Callington failed to respond. As such, UL submits this Status Report solely on its behalf.

2. On August 7, 2025, the District Court granted UL's motion for a limited preliminary injunction and ordered Mr. Callington to "produce to UL copies of any and all UL documents and Electronically Stored Information—and any other UL property, tangible or intangible—that is in his possession or under his control and that he acquired or took from UL through his employment or working-relationship with UL" to allow UL to "identify which of those documents, Electronically Stored Information, and property contain or reflect its trade secrets or its proprietary or confidential information." (ECF No. 91 at ¶ 1, the "Order".)

3. Mr. Callington subsequently produced documents and ESI to UL pursuant to the Order ("Mr. Callington's Production").

4. UL has made confidentiality designations of Mr. Callington's Production, where appropriate. UL will produce approximately 33,307 bates-stamped documents on August 27, 2026, and will produce the remaining approximate 3,124 documents within the coming days, on or before August 31, 2026.

Date: August 27, 2026

Respectfully submitted,

/s/ Michael Roche

Michael Roche
Shannon Lemajeur Miller
WINSTON TAYLOR
300 North LaSalle Drive
Suite 4400
Chicago, IL 60654-3406
Tel. 312-558-5600
Fax 312-558-5700
mroche@winstontaylor.com
slmiller@winstontaylor.com

Richard T. Kienzler
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Tel. 312-372.5520
Fax 312-372-7880
rkienzler@littler.com

Kevin E. Griffith (admitted *pro hac vice*)
Emily E. Levy (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Tel. 614-463-4210
Fax 614-737-9135
kgriffith@littler.com
elevy@littler.com

*Attorneys for UL LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant and Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for Plaintiff UL LLC