**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

Plaintiff,

v.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

Joshua Callington

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [152]. They appear to be on track to complete the steps required by the Court's 7/28/26 minute order [151]. The 10/1/26 video status hearing remains set. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.