**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

Plaintiff,

v.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

Joshua Callington

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 1, 2026:

MINUTE entry before the Honorable Albert Berry III: Due to an email from defense counsel where weather conditions may not permit a productive video status hearing, the status for today is stricken. The video status is rescheduled for 10/6/26 at 11:15am. Call−in information remains the same. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.