**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

Plaintiff,

v.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

Joshua Callington

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2026:

MINUTE entry before the Honorable Albert Berry III: Status hearing held 10/6/26. The parties reported difficulties (and some disputes) in the transfer and opening of document files initially sent by Plaintiff on 8/27/26 & 8/31/26 and Defendant's responsibility to respond to Plaintiff's discovery request, pursuant to this Court's prior order [151]. However there is currently no motion before this Court, and the parties are encouraged to resolve those issues collaboratively. The parties shall file a joint status report on 11/20/26 reporting on the progress and completion of discovery. If the parties need an extension of the discovery deadline, that motion must be filed before the close of discovery. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.