# Exhibit B

**From:** Miller, Shannon Lemajeur
**To:** Agatha M. Cole
**Cc:** Roche, Michael
**Subject:** RE: UL v. Callington - Case No. 1:24-cv-05631 - UL"s First Discovery Requests
**Date:** Friday, March 20, 2026 10:36:00 AM
**Attachments:** UL LLC v. Callington - Ltr to Opposing Counsel 3.20.26.pdf
image001.png
image002.png

---

Agatha,

Please see attached.

Best,
Shannon

WINSTON & STRAWN LLP

SHANNON LEMAJEUR MILLER
ASSOCIATE ATTORNEY

T +1 (312) 558-5213
M +1 (847) 361-9457
slmiller@winston.com

*Admitted to practice in Illinois*

---

**From:** Miller, Shannon Lemajeur <SLMiller@winston.com>
**Sent:** Wednesday, March 18, 2026 6:20 PM
**To:** Agatha M. Cole <agatha@beverlypllc.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** Re: UL v. Callington - Case No. 1:24-cv-05631 - UL's First Discovery Requests

Agatha,

I am following up again on Callington's responses to UL LLC's discovery requests, which are overdue.

Best,
Shannon

WINSTON & STRAWN LLP

SHANNON LEMAJEUR MILLER
ASSOCIATE ATTORNEY

T +1 (312) 558-5213
M +1 (847) 361-9457
slmiller@winston.com

*Admitted to practice in Illinois*

---

**From:** Miller, Shannon Lemajeur <SLMiller@winston.com>
**Sent:** Tuesday, March 17, 2026 7:53 AM
**To:** Agatha M. Cole <agatha@beverlypllc.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** RE: UL v. Callington - Case No. 1:24-cv-05631 - UL's First Discovery Requests

Hi Agatha,

I am following up on Callington's responses to UL LLC's discovery requests, which were due yesterday.

Thank you,
Shannon

WINSTON & STRAWN LLP

**SHANNON LEMAJEUR MILLER**
ASSOCIATE ATTORNEY

**T** +1 (312) 558-5213
**M** +1 (847) 361-9457
slmiller@winston.com

*Admitted to practice in Illinois*

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Wednesday, February 25, 2026 10:27 AM
**To:** Miller, Shannon Lemajeur <SLMiller@winston.com>
**Cc:** Roche, Michael <MRoche@winston.com>
**Subject:** Re: UL v. Callington - Case No. 1:24-cv-05631 - UL's First Discovery Requests

Received. Apologies for the delayed response as I am traveling. I will review and get back to you with our response when I am back in the office next week.

--
**Agatha M. Cole** (she/her)
*Beverly PLLC*
agatha@beverlypllc.com +1 (828) 773-2628
43 West 43rd Street, Suite 159, New York, NY 10036

On Fri, Feb 13, 2026 at 16:36 Miller, Shannon Lemajeur <SLMiller@winston.com> wrote:

Agatha,

Can you please confirm receipt? Thank you.

Best,
Shannon

WINSTON & STRAWN LLP

**SHANNON LEMAJEUR MILLER**
ASSOCIATE ATTORNEY

**T** +1 (312) 558-5213
**M** +1 (847) 361-9457
slmiller@winston.com

*Admitted to practice in Illinois*

---

**From:** Miller, Shannon Lemajeur <SLMiller@winston.com>
**Sent:** Thursday, February 12, 2026 1:02 PM
**To:** agatha@beverlypllc.com
**Cc:** Roche, Michael <MRoche@winston.com>; Kienzler, Rick <rkienzler@littler.com>; Hofstetter, John <jhofstetter@littler.com>; Seychel, Jenna <jseychel@littler.com>
**Subject:** UL v. Callington - Case No. 1:24-cv-05631 - UL's First Discovery Requests

Agatha,

Attached are UL LLC's First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant Callington.

Please acknowledge receipt.

Thank you,
Shannon

WINSTON & STRAWN LLP

**SHANNON LEMAJEUR MILLER**
ASSOCIATE ATTORNEY

**T** +1 (312) 558-5213
**M** +1 (847) 361-9457

slmiller@winston.com

300 N. LaSalle Dr., Chicago, IL 60654-3406

*Admitted to practice in Illinois*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

WINSTON & STRAWN LLP

NORTH AMERICA SOUTH AMERICA EUROPE

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 312-558-5600
+1 312-558-5700

**MICHAEL ROCHE**
Partner
312-558-7508
MRoche@winston.com

March 20, 2026

**VIA FEDEX AND EMAIL**

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street
Suite 159
New York, NY 10036
agatha@beverlypllc.com

Re: *UL LLC v. Callington*, Case No. 1:24-cv-05631 (N.D. Ill.)

Dear Counsel,

On behalf of Plaintiff UL LLC ("UL"), we write to address Defendant Joshua Callington's ("Callington") failure to respond to UL's First Set of Interrogatories and First Set of Requests for Production of Documents to Callington (the "Discovery Requests"), which UL served on February 12, 2026. Callington's objections and responses to the Discovery Requests were due March 16, 2026. Callington failed to serve his objections and responses to the Discovery Requests and has not sought an extension. We emailed you on March 17, 2026 regarding such failure, to which you did not respond. We emailed you again on March 18, 2026, to which you also did not respond. Please respond to the Discovery Requests immediately. We reserve the right to seek court intervention if you do not contact us by March 24, 2026.

Additionally, we note that it is well established that "[f]ailure to timely assert objections to discovery requests may result in a waiver of all objections that could have been seasonably asserted." *Autotech Techs., Ltd. P'ship v. AutomationDirect.Com, Inc.*, 236 F.R.D. 396, 398 (N.D. Ill. 2006); *see, e.g.*, *Vyse Gelatin Co. v. Jeffrey Hicks & Jt Naturals United States*, No. 17-cv-2937, 2019 U.S. Dist. LEXIS 240191, at *3 (N.D. Ill. June 3, 2019) ("Because Defendants have not identified any basis for finding that Defendants had good cause for failing to respond to the Discovery in a timely manner, the Court agrees that Defendants waived any objections to the Discovery.").

Sincerely
*Michael Roche*