# Exhibit C

**From:** Miller, Shannon Lemajeur
**To:** "Agatha M. Cole"; Levy, Emily
**Cc:** Carter, Pat; Seychel, Jenna; Griffith, Kevin; Hofstetter, John; Witz, James; Kienzler, Rick; McEvoy, Vivienne; Abing, Carol; Roche, Michael
**Subject:** RE: Callington Productions
**Date:** Thursday, October 1, 2026 3:29:00 PM
**Attachments:** image001.png
image002.png
image003.png
image006.png

---

Agatha,

On August 27, 2026, UL produced its first document production of Callington's documents which were bates stamped and designated "Confidential" where appropriate. UL completed its document production on August 31, 2026. The Court ordered Callington to respond to UL's written discovery requests (*i.e.*, UL's First Set of Interrogatories and First Set of Requests for Production of Documents to Callington, which UL served on February 12, 2026) "within 30 days of that production." ECF No. 151. As such, Callington had until September 30, 2026 to respond to UL's written discovery requests. Callington has not responded or sought an extension. Please respond to the written discovery requests immediately. Additionally, we note that it is well established that "[f]ailure to timely assert objections to discovery requests may result in a waiver of all objections that could have been seasonably asserted." *Autotech Techs., Ltd. P'ship v. AutomationDirect.Com, Inc.*, 236 F.R.D. 396, 398 (N.D. Ill. 2006).

Best,
Shannon

WINSTON TAYLOR.

**Shannon Lemajeur Miller**
Associate Attorney
- T +1 (312) 558-5213
- M +1 (847) 361-9457
- shannon.miller@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Wednesday, September 30, 2026 1:05 PM
**To:** Levy, Emily <ELevy@littler.com>
**Cc:** Carter, Pat <PCarter@littler.com>; Seychel, Jenna <JSeychel@littler.com>; Miller, Shannon Lemajeur <SLMiller@winston.com>; Griffith, Kevin <KGriffith@littler.com>; Hofstetter, John <JHofstetter@littler.com>; Witz, James <JWitz@littler.com>; Kienzler, Rick <RKienzler@littler.com>; McEvoy, Vivienne <VMcEvoy@littler.com>; Abing, Carol <CAbing@winston.com>; Roche, Michael <MRoche@winston.com>
**Subject:** Re: Callington Productions

Thanks, Emily. Can you please produce a list of the documents by Bates range, original file name, and confidentiality designation, if any?

--

**Agatha M. Cole** (she/her)
*Beverly PLLC*
agatha@beverlypllc.com +1 (828) 773-2628
43 West 43rd Street, Suite 159, New York, NY 10036

On Wed, Sep 30, 2026 at 7:45 AM Levy, Emily <ELevy@littler.com> wrote:

> Hi Agatha,
>
> The documents that we designated as confidential should have a "Confidential" stamp at the bottom of the page. Please let us know if you have any questions.
>
> Best,
>
> Emily
>
> **Emily Levy**
> **Associate**
> +1 614.463.4206 direct, +1 614.302.6476 mobile, +1 380.210.5825 fax
> 41 S High St, Suite 3250, Columbus, OH 43215
> ELevy@littler.com
>
> Littler
> Labor & Employment Law Solutions
> LOCAL EVERYWHERE
>
> ---
>
> **From:** Agatha M. Cole <agatha@beverlypllc.com>
> **Sent:** Monday, September 28, 2026 3:42 PM
> **To:** Carter, Pat <PCarter@littler.com>
> **Cc:** Levy, Emily <ELevy@littler.com>; Seychel, Jenna <JSeychel@littler.com>; Miller, Shannon Lemajeur <shannon.miller@winstontaylor.com>; Griffith, Kevin <KGriffith@littler.com>; Hofstetter, John <JHofstetter@littler.com>; Witz, James <JWitz@littler.com>; Kienzler, Rick <RKienzler@littler.com>; McEvoy, Vivienne <VMcEvoy@littler.com>; Abing, Carol <carol.abing@winstontaylor.com>; Roche, Michael <michael.roche@winstontaylor.com>
> **Subject:** Re: Callington Productions
>
> Hi Pat, Emily, et al.
>
> I am writing to confirm that all 10 zip files made it on to the dropbox link. I am still having trouble unzipping and accessing everything, but I think it will be ok albeit, time consuming. In the meantime, the few files that I have been able to access and review do not appear to have any confidentiality designation next to the bates stamp. May I assume that any document which does not bear a confidentiality designation on its face is not deemed confidential ?
>
> --
>
> **Agatha M. Cole** (she/her)
> *Beverly PLLC*
> agatha@beverlypllc.com +1 (828) 773-2628
> 43 West 43rd Street, Suite 159, New York, NY 10036
>
> On Thu, Sep 24, 2026 at 11:19 AM Carter, Pat <PCarter@littler.com> wrote:
>
> > Hi Agatha
> >
> > The remaining zip files have been uploaded to the DropBox you provided. You should now have the 10 zip files detailed below.

| | | |
|---|---|---|
| Callington Documents-001.zip.010 | 8/31/2026 10:38 AM | 010 File |
| Callington Documents-001.zip.009 | 8/31/2026 9:59 AM | 009 File |
| Callington Documents-001.zip.008 | 8/31/2026 9:20 AM | 008 File |
| Callington Documents-001.zip.007 | 8/31/2026 10:44 AM | 007 File |
| Callington Documents-001.zip.006 | 8/31/2026 9:22 AM | 006 File |
| Callington Documents-001.zip.005 | 8/31/2026 10:44 AM | 005 File |
| Callington Documents-001.zip.004 | 8/31/2026 9:24 AM | 004 File |
| Callington Documents-001.zip.003 | 8/31/2026 12:14 PM | 003 File |
| Callington Documents-001.zip.002 | 8/31/2026 12:12 PM | 002 File |
| Callington Documents-001.zip.001 | 8/31/2026 10:46 AM | 001 File |

> > Thanks,
> >
> > **Pat Carter**
> > **Litigation Support Project Manager**
> > +1 412.201.7604 direct, +1 724.889.5639 mobile
> > One PPG Place, Suite 2400, Pittsburgh, PA 15222
> > PCarter@littler.com
> >
> > Littler
> > Labor & Employment Law Solutions
> > LOCAL EVERYWHERE
> >
> > ---
> >
> > **From:** Agatha M. Cole <agatha@beverlypllc.com>
> > **Sent:** Thursday, September 24, 2026 9:25 AM