# Exhibit D

Littler

93 + New Channel callington EL Emily

Channels

Contacts

Files

Reports

Options

UL v. Cal... ( 9 members, last activity: August 31, 2026 3:22 pm, Expires February 23, 2027 10:59 pm )

4 Messages
11 Files

| Add | EL Emily | AG Agath... | CA Carol.... | JS Jenna | MR Michael | PC Pat | RK Richard | SH Shann... |
|---|---|---|---|---|---|---|---|---|

Conversation | Files | Contacts | History | Options

| | |
|---|---|
| **October 28, 2026 3:02 pm** | Emily Levy exported conversation as PDF. |
| **October 28, 2026 3:01 pm** | Emily Levy exported conversation as PDF. |
| **September 18, 2026 12:57 pm** | Emily Levy added Pat Carter. |
| **September 18, 2026 12:45 pm** | Emily Levy downloaded a zip archive named "UL v. Callington - Confidentiality Designation - Callington Documents.zip" containing the following files: Callington Documents-002.zip. |
| **September 18, 2026 10:26 am** | Agatha@beverlypllc.com downloaded a zip archive named "UL v. Callington - Confidentiality Designation - Callington Documents.zip" containing the following files: Callington Documents-001.zip.001. |
| **September 18, 2026 10:19 am** | Email delivered successfully to Emily Levy at September 18, 2026 10:19 am EDT |
| **September 18, 2026 10:19 am** | Agatha@beverlypllc.com downloaded a zip archive named "UL v. Callington - Confidentiality Designation - Callington Documents.zip" containing the following files: Callington Documents-001.zip.001. |
| **September 18, 2026 10:10 am** | Email delivered successfully to Emily Levy at September 18, 2026 10:10 am EDT |
| **September 18, 2026 10:10 am** | Agatha@beverlypllc.com downloaded "Callington Documents-002.zip" file. |
| **September 4, 2026 2:26 pm** | Emily Levy downloaded a zip archive named "UL v. Callington - Confidentiality Designation - Callington Documents.zip" containing the following files: Callington Documents-001.zip.001, Callington Documents-001.zip.002, Callington Documents-001.zip.003, Callington Documents-001.zip.004, Callington Documents-001.zip.005 + 6 more. |
| **September 4, 2026 2:26 pm** | Emily Levy set a retention policy period of 65 days. |
| **September 2, 2026 12:04 pm** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.009" file. |
| **September 2, 2026 11:55 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.008" file. |
| **September 2, 2026 11:49 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.007" file. |

Littler

93

EL Emily

Channels

Contacts

Files

Reports

Options

| | |
|---|---|
| **September 2, 2026 11:40 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.006" file. |
| **September 2, 2026 11:19 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.005" file. |
| **September 2, 2026 11:16 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.004" file. |
| **September 2, 2026 11:08 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.003" file. |
| **September 2, 2026 10:44 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.002" file. |
| **September 2, 2026 10:34 am** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.001" file. |
| **September 1, 2026 5:09 pm** | Email delivered successfully to Emily Levy at September 1, 2026 5:09 pm EDT |
| **September 1, 2026 4:46 pm** | Carol.abing@winstontaylor.com downloaded a zip archive named "UL v. Callington - Confidentiality Designation - Callington Documents.zip" containing the following files: Callington Documents-001.zip.001, Callington Documents-001.zip.002, Callington Documents-001.zip.003, Callington Documents-001.zip.004, Callington Documents-001.zip.005 + 5 more. |
| **September 1, 2026 4:38 pm** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.010" file. |
| **September 1, 2026 4:21 pm** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.009" file. |
| **September 1, 2026 4:17 pm** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.010" file. |
| **September 1, 2026 4:12 pm** | Carol.abing@winstontaylor.com downloaded "Callington Documents-002.zip" file. |
| **August 31, 2026 4:45 pm** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.010" file. |
| **August 31, 2026 4:45 pm** | Carol.abing@winstontaylor.com downloaded "Callington Documents-001.zip.009" file. |
| **August 31, 2026 4:45 pm** | Email delivered successfully to Emily Levy at August 31, 2026 4:45 pm EDT |
| **August 31, 2026 3:22 pm** | Email delivered successfully to Shannon.miller@winstontaylor.com at August 31, 2026 3:22 pm EDT |

Littler
93
EL Emily
Channels
Contacts
Files
Reports
Options

| | |
|---|---|
| **August 31, 2026 3:22 pm** | Email delivered successfully to Michael Roche at August 31, 2026 3:22 pm EDT |
| **August 31, 2026 3:22 pm** | Email delivered successfully to Carol.abing@winstontaylor.com at August 31, 2026 3:22 pm EDT |
| **August 31, 2026 3:22 pm** | Email delivered successfully to Vivienne McEvoy at August 31, 2026 3:22 pm EDT |
| **August 31, 2026 3:22 pm** | Email delivered successfully to Jenna Seychel at August 31, 2026 3:22 pm EDT |
| **August 31, 2026 3:22 pm** | Email delivered successfully to Richard Kienzler at August 31, 2026 3:22 pm EDT |
| **August 31, 2026 3:22 pm** | Email delivered successfully to Agatha@beverlypllc.com at August 31, 2026 3:22 pm EDT |
| **August 31, 2026 3:21 pm** | Email delivered successfully to Michael Roche at August 31, 2026 3:21 pm EDT |
| **August 31, 2026 3:21 pm** | Email delivered successfully to Carol.abing@winstontaylor.com at August 31, 2026 3:21 pm EDT |
| **August 31, 2026 3:21 pm** | Email delivered successfully to Shannon.miller@winstontaylor.com at August 31, 2026 3:21 pm EDT |
| **August 31, 2026 3:21 pm** | Email delivered successfully to Jenna Seychel at August 31, 2026 3:21 pm EDT |
| **August 31, 2026 3:21 pm** | Email delivered successfully to Richard Kienzler at August 31, 2026 3:21 pm EDT |
| **August 31, 2026 3:21 pm** | Email delivered successfully to Vivienne McEvoy at August 31, 2026 3:21 pm EDT |
| **August 31, 2026 3:21 pm** | Email delivered successfully to Agatha@beverlypllc.com at August 31, 2026 3:21 pm EDT |