**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

Plaintiff,

v.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

Joshua Callington

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Albert Berry III: The motion to compel [156] is taken under advisement. Any opposition must be filed on or before 11/16/26. No reply brief may be filed without leave of the Court. An in−person hearing on the motion will be scheduled for 12/3/26 at 10:30 am in Courtroom 2214. The parties have a fact discovery deadline of 11/19/26 [149]. Sua sponte, the court will stay the completion of fact discovery pending the outcome of the motion to compel. A new fact discovery deadline will be set at the in−person hearing on 12/3/26 and the parties should be ready to discuss a realistic date for that new deadline. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.