IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UL LLC,<br>*Plaintiff/Counterclaim-Defendant,*<br>-v-<br>JOSHUA CALLINGTON,<br>*Defendant/Counterclaim-Plaintiff.* | Case No. 1:24-cv-05631 |

**MR. CALLINGTON'S RESPONSE IN OPPOSITION TO UL'S MOTION TO COMPEL DISCOVERY [ECF No. 156]**

From the outset of this litigation, the undersigned counsel has repeatedly expressed concerns about UL's capacity to use the discovery process as a tool to harass, intimidate, and overwhelm Mr. Callington.[1]

[1] *See*, *e.g.*, Hr'g Tr. (Oct. 23, 2024) [ECF No. 26] at 3 [Page ID 213] (questioning the propriety of UL's motives for bringing this lawsuit, positing that its primary purpose is to harass and intimidate Mr. Callington for speaking out against the company's unethical business practices); Hr'g Tr. (Aug. 7, 2025) [ECF No. 93] at 5-11 [Page ID 879-886] (anticipating the need for enhanced discovery oversight and welcoming the Court's proposal to appoint a third-party neutral, in light of UL's unnecessarily antagonistic pre-litigation conduct); *id.* at 5-6 [Page ID 879-880] ("If the Court is inclined to consider a third-party neutral … [to oversee the production of documents sought by the preliminary injunction] … we would welcome that…'); *id.* at 9 [Page ID 883] ("For some reason, there were [already] objections to" the scope of voluntary document productions made by Mr. Callington, which were "overseen by his prior counsel," in a good faith attempt to cooperate with UL's internal investigation, "… so I am cautious… going into this process … [since those] previous productions were not satisfactory to UL … [We] want to make sure that whatever process we go through here is satisfactory[,] so that he is not … accused of noncompliance or anything along those lines… to that end… [we would not oppose the appointment of] a third-party neutral.").

Even so, Mr. Callington has diligently undertaken to meet all of the burdensome obligations that this meritless litigation has unfairly imposed on him—including by and through his compliance with this Court's preliminary injunction order. *See* Order [ECF No. 91] (Aug. 7, 2025) at ¶ 1 [Page ID #870-871] (directing Mr. Callington to produce "copies of any and all UL documents and [ESI]… that he acquired … through his employment … for UL to identify which of those documents… contain or reflect its trade secrets … confidential information.").

Because Mr. Callington is a private individual with limited financial resources, the parties agreed on a protocol to minimize the burden and expense imposed by such a large production whereby:

(a) Mr. Callington would upload and transfer all of the files via a secure file-sharing platform ("TitanFile"), provided by UL's counsel; and

(b) UL would process the documents in its e-discovery database ("Relativity"), add Bates stamps, and return / reproduce the same back to Mr. Callington, along with its proposed confidentiality designations. [ECF No. 94, 95].

As explained in prior filings, Mr. Callington fulfilled his obligations under the preliminary injunction order within a matter of days (the subject files were all transferred UL's counsel on or before August 28, 2025)—and then spent the better part of the following year waiting for UL to fulfill its corresponding obligation to reproduce bates-stamped versions of those documents bearing its proposed

designations. *See* Callington Status Update (Jun. 3, 2026) [ECF No. 141, Page ID # 1261-1264].

Roughly six months later, on February 12, 2026, UL's counsel deemed it appropriate to propound the discovery requests at issue on this motion—despite not yet having fulfilled its own obligations under the preliminary injunction (or even having reviewed the documents that Mr. Callington had produced up to that point). As UL effectively concedes, the undersigned counsel was unequivocally clear that this new set of discovery requests would not engender a substantive response "unless or until UL could offer some sort of insight or guidance into its timing on the reproduction and designation of those documents which [Mr. Callington] had already produced pursuant to the Preliminary Injunction." Callington Status Update [ECF No. 141], at ¶ 8 [Page ID # 1264]; *accord* UL Motion to Compel [ECF 156, Page ID 1313] (complaining that "Callington would not respond to the Requests until UL finished … [its review and reproduction of the] 36,000 documents that Callington had [already] produced in response to [the]… preliminary injunction [order].").

When this issue came to a head at the status hearing held on June 26, 2026, the Court sensibly endorsed Mr. Callington's position and directed the parties to meet-and-confer regarding the best way forward. *See* Minute Entry (Jun. 26, 2026) [ECF No. 149] ("The Court believes that it would likely be prudent and efficient for Plaintiff to produce the Bates stamped materials pursuant to the preliminary injunction order before the parties respond to written discovery requests. The

parties are ordered to meet and confer on how to proceed with that confidentiality review and how to efficiently stage discovery."). As a result, UL *finally* committed to completing its review and reproduction of the preliminary injunction production by the "end of August"—*i.e.*, slightly more than a year, or **twelve (12) months,** after Mr. Callington initially produced the documents to UL. *See* Minute Entry (Jul. 28, 2026) [ECF No. 151] ("[UL] reports that they will likely complete necessary reviews and produce necessary documents… by end of August… [Mr. Callington] will respond within 30 days of that production."); *accord* UL Status Report (Aug. 27, 2026) [ECF No. 152], at ¶ 8 ("UL has made confidentiality designations of Mr. Callington's Production, where appropriate… and will produce the remaining … documents within the coming days, on or before August 31, 2026".).

Although UL now claims to have completed this process on August 31, 2026, the undersigned counsel was not able to access said documents as originally produced on that date. *See* Compilation of Emails re: Callington Productions [*attached hereto as* Exhibit A] (demonstrating counsel's efforts to troubleshoot ongoing access issues throughout the month of September and well into October); *see also* Minute Entry (Oct. 6, 2026) [ECF No. 155] (observing that "[t]he parties reported difficulties (and some disputes) in the transfer and opening of document files initially sent by [UL]" and encouraging the parties "to resolve those issues collaboratively").

As instructed by the Court, the undersigned counsel attempted to work through these issues "collaboratively," and sincerely believed that progress was being made in that regard, until the instant motion appeared on the docket.

Having obtained a new password to potentially resolve lingering access issues on October 14 [Exhibit A, at 27-30], counsel had what seemed like a productive telephonic meet-and-confer on Friday, October 16, 2026, during which the undersigned represented that it would send an email confirmation to UL's counsel once all of the files had finished loading, and would be in a position to start working on written discovery requests within a week or so thereafter, assuming this final attempt at troubleshooting the aforementioned access issues proceeded without a hitch.

The following Monday, October 19, 2026, the undersigned emailed UL's counsel, as promised, to confirm that the ongoing access issues had finally been resolved, *see* Email Corr. (Oct. 19, 2026) [Exhibit A at 31], and began turning its attention to written discovery.

On October 30, 2026, however, without any subsequent follow up, or warning, UL filed the instant motion to compel [ECF No. 156]—despite knowing that Mr. Callington's counsel had only just accessed the processed document productions for the first time, a few days earlier—and despite having been assured that the undersigned counsel would turn its attention to UL's written discovery requests shortly thereafter.

Instead of proceeding with the more substantively meaningful work of actually engaging with the productions and written discovery, the undersigned counsel has now had to waste several days diverting its attention to the instant motion—which is completely unnecessary and unwarranted in these circumstances—and frankly, relies on deliberate misrepresentations to this Court.

In any event, Mr. Callington need not be "compelled" to meet his discovery obligations. Indeed, if not for the time lost responding to this motion, the undersigned counsel might very well might have been able to respond to all of UL's written discovery requests within 30 days from October 19 (the actual date on which the reproduction of preliminary injunction documents supposedly produced on August 31 were first available to the undersigned counsel). Having nearly finished responding to UL's Requests for Production, however, the undersigned had to set that down and focus its attention on this baseless motion.

As of the time of this writing, the undersigned counsel expects to serve those responses within the 24 hours after filing this motion, and will do so on the docket, for added transparency. Thereafter, the undersigned will turn its attention to UL's interrogatories and propound its own written discovery requests specific to UL's legal claims against Mr. Callington.

Dated: November 16, 2026

Respectfully submitted,

By: *<u>/s/ Agatha M. Cole</u>*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Defendant / Counter-Plaintiff,*
*Joshua Callington*

# EXHIBIT A

**Subject**: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Levy, Emily" <ELevy@littler.com>
**Cc**: "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Richard" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Friday, September 18, 2026 10:30:57 AM GMT-04:00

Hi Emily, et al.,

These files are taking hours to download and would likely take upwards of a week to download and unzip manually. Can you please resend the production via password-protected file-sharing link on a secure cloud-based program, like Dropbox or Google Drive, instead of Titanfile?

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Levy, Emily" <ELevy@littler.com>
**Cc**: "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Richard" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Friday, September 18, 2026 12:37:40 PM GMT-04:00

In addition to the manual download problem, none of the individual files can be opened once they are downloaded. Each file appears to be password protected at the file level, and none of the passwords provided work.

**Subject**: RE: Callington Productions
**From**: "Levy, Emily" <ELevy@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Friday, September 18, 2026 2:49:58 PM GMT-04:00
**Date Received**: Friday, September 18, 2026 2:50:06 PM GMT-04:00

Hi Agatha,

TitanFile is a secure file-sharing platform and the only platform approved by our firm. Given the volume of documents provided, download times would likely be similar on other platforms. However, because you are having trouble downloading the documents provided on August 27 and 31, 2026 from TitanFile, we are working on sending you a hard drive with the documents. Can you please confirm the address you would like the hard drive sent to?

Best,

Emily

**Subject**: RE: Callington Productions
**From**: "Seychel, Jenna" <JSeychel@littler.com>
**To**: "Levy, Emily" <ELevy@littler.com>,"Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Monday, September 21, 2026 9:30:41 AM GMT-04:00
**Date Received**: Monday, September 21, 2026 9:30:52 AM GMT-04:00

Hi Agatha,

We plan to re-send the documents by hard drive as soon as the data has finished processing and loading onto the drive. Could you please confirm the address where the hard drive should be sent?

Thank you,

Jenna Seychel

Attorney at Law

+1 614.463.4217 direct, +1 248.924.0349 mobile

41 S High St, Suite 3250, Columbus, OH 43215

JSeychel@littler.com

Pronouns: She/Her

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Monday, September 21, 2026 11:41:17 AM GMT-04:00

Would it be possible to send via secure cloud-based file sharing link on Dropbox or Google Drive instead? That would be much easier to work with on my end, if possible. Thank you.

**Subject**: RE: Callington Productions
**From**: "Seychel, Jenna" <JSeychel@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Monday, September 21, 2026 12:00:42 PM GMT-04:00
**Date Received**: Monday, September 21, 2026 12:00:52 PM GMT-04:00

Hi Agatha,

Pat Carter in our office is going to attempt to send the files via Dropbox. Because Dropbox is a similar file-sharing platform to TitanFile, we are not certain it will resolve the download and processing issues you experienced with the prior productions. Accordingly, we would also like to send the documents on a hard drive to ensure you have a workable copy of the production.

Could you please provide the address where you would like the hard drive sent at your earliest convenience?

Thank you,

Jenna Seychel

Attorney at Law

+1 614.463.4217 direct, +1 248.924.0349 mobile

41 S High St, Suite 3250, Columbus, OH 43215

JSeychel@littler.com

Pronouns: She/Her

[cid:image001.png@01DD49C0.5E6B9440]

[cid:image002.png@01DD49C0.5E6B9440]

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Monday, September 21, 2026 4:12:09 PM GMT-04:00

Thank you, Jenna - much appreciated. Please let me know if you would like for me to provide a secure Dropbox fileshareing link that Pat can drop everything into (if he doesn't already have a secure / paid account, for example). I don't think the hard drive is necessary, if he can send via dropbox. If we have any trouble opening what Pat sends over, I will send over a mailing address, but would rather wait to see if we can simply do this via Dropbox (I am traveling a lot these days, so receiving physical packages is not ideal).

**Subject**: RE: Callington Productions
**From**: "Seychel, Jenna" <JSeychel@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Monday, September 21, 2026 4:34:37 PM GMT-04:00
**Date Received**: Monday, September 21, 2026 4:34:46 PM GMT-04:00

Hi Agatha,

Thank you for offering. I just confirmed with Pat that he will need you to send a Dropbox link.

To ensure there is no delay, we are also planning to send the hard drive to your office of record at 43 West 43rd Street, Suite 159, New York, NY 10036. That way, you will have a backup copy of the production regardless of whether any issues arise with the electronic transfer.

Thank you,

Jenna Seychel

Attorney at Law

+1 614.463.4217 direct, +1 248.924.0349 mobile

41 S High St, Suite 3250, Columbus, OH 43215

JSeychel@littler.com

Pronouns: She/Her

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Monday, September 21, 2026 4:38:45 PM GMT-04:00

Thanks / much appreciated. Please note that I likely will not be able to pick up the physical hard drive until second week of October, however, so definitely lead with that dropbox link as soon as you are able.

**Subject**: RE: Callington Productions
**From**: "Levy, Emily" <ELevy@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>,"Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Tuesday, September 22, 2026 9:26:17 AM GMT-04:00
**Date Received**: Tuesday, September 22, 2026 9:26:27 AM GMT-04:00

Hi Agatha,

It was our understanding that you would be providing the Dropbox link. Can you please do so this morning?

Best,

Emily

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Levy, Emily" <ELevy@littler.com>
**Cc**: "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>, "Carter, Pat" <PCarter@littler.com>
**Date Sent**: Tuesday, September 22, 2026 12:59:27 PM GMT-04:00

Hi Emily, et al.

I've created a secure password protected file request via Dropbox, which can be accessed here: https://www.dropbox.com/request/wpfm1k68zj1eiyv5gf9w

The password will be sent to you via separate email, following this one.

**Subject**: RE: Callington Productions
**From**: "Carter, Pat" <PCarter@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>,"Levy, Emily" <ELevy@littler.com>
**Cc**: "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Wednesday, September 23, 2026 1:17:19 PM GMT-04:00
**Date Received**: Wednesday, September 23, 2026 1:17:32 PM GMT-04:00

Hi Agatha

Thank you for providing the Dropbox link. I was able to access the site and begin uploading the 10 ZIP files that make up this production set. However, it appears the upload may have stalled overnight before all files were successfully transferred.

Could you please confirm which files, if any, were received on your end? For reference, this production consists of 10 separate ZIP files, as shown in the screenshot below.

Pat Carter

Litigation Support Project Manager

+1 412.201.7604 direct, +1 724.889.5639 mobile

One PPG Place, Suite 2400, Pittsburgh, PA 15222

PCarter@littler.com

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Carter, Pat" <PCarter@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Wednesday, September 23, 2026 5:13:36 PM GMT-04:00

Hi Pat,

Here is a screenshot of everything that's been uploaded as of 5:12 p.m EST:



**Subject**: RE: Callington Productions
**From**: "Carter, Pat" <PCarter@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Thursday, September 24, 2026 8:59:50 AM GMT-04:00
**Date Received**: Thursday, September 24, 2026 9:00:06 AM GMT-04:00

Thanks, Agatha. I'm uploading zips 001 through 004 to Dropbox now.

Thanks

Pat Carter

Litigation Support Project Manager

+1 412.201.7604 direct, +1 724.889.5639 mobile

One PPG Place, Suite 2400, Pittsburgh, PA 15222

PCarter@littler.com

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Carter, Pat" <PCarter@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Thursday, September 24, 2026 9:24:34 AM GMT-04:00

Thank you. Please confirm once everything appears to be uploaded, and I will confirm receipt in turn.

---

**Subject**: RE: Callington Productions
**From**: "Carter, Pat" <PCarter@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Thursday, September 24, 2026 11:18:53 AM GMT-04:00
**Date Received**: Thursday, September 24, 2026 11:19:10 AM GMT-04:00

Hi Agatha

The remaining zip files have been uploaded to the DropBox you provided. You should now have the 10 zip files detailed below.

Thanks,

Pat Carter

Litigation Support Project Manager

+1 412.201.7604 direct, +1 724.889.5639 mobile

One PPG Place, Suite 2400, Pittsburgh, PA 15222

PCarter@littler.com

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Carter, Pat" <PCarter@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Monday, September 28, 2026 3:42:16 PM GMT-04:00

Hi Pat, Emily, et al.

I am writing to confirm that all 10 zip files made it on to the dropbox link. I am still having trouble unzipping and accessing everything, but I think it will be ok albeit, time consuming. In the meantime, the few files that I have been able to access and review do not appear to have any confidentiality designation next to the bates stamp. May I assume that any document which does not bear a confidentiality designation on its face is not deemed "confidential"?

**Subject**: RE: Callington Productions
**From**: "Levy, Emily" <ELevy@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>,"Carter, Pat" <PCarter@littler.com>
**Cc**: "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Wednesday, September 30, 2026 7:45:01 AM GMT-04:00
**Date Received**: Wednesday, September 30, 2026 7:45:11 AM GMT-04:00

Hi Agatha,

The documents that we designated as confidential should have a “Confidential” stamp at the bottom of the page. Please let us know if you have any questions.

Best,

Emily

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Levy, Emily" <ELevy@littler.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Wednesday, September 30, 2026 2:05:13 PM GMT-04:00

Thanks, Emily. Can you please produce a list of the documents by Bates range, original file name, and confidentiality designation, if any?

**Subject**: RE: Callington Productions
**From**: "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>,"Levy, Emily" <ELevy@littler.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Thursday, October 1, 2026 4:29:29 PM GMT-04:00
**Date Received**: Thursday, October 1, 2026 4:32:08 PM GMT-04:00

Agatha,

On August 27, 2026, UL produced its first document production of Callington's documents which were bates stamped and designated "Confidential" where appropriate. UL completed its document production on August 31, 2026. The Court ordered Callington to respond to UL's written discovery requests (i.e., UL's First Set of Interrogatories and First Set of Requests for Production of Documents to Callington, which UL served on February 12, 2026) "within 30 days of that production." ECF No. 151. As such, Callington had until September 30, 2026 to respond to UL's written discovery requests. Callington has not responded or sought an extension. Please respond to the written discovery requests immediately. Additionally, we note that it is well established that "[f]ailure to timely assert objections to discovery requests may result in a waiver of all objections that could have been seasonably asserted." Autotech Techs., Ltd. P'ship v. AutomationDirect.Com, Inc., 236 F.R.D. 396, 398 (N.D. Ill. 2006).

Best,

Shannon

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Levy, Emily" <ELevy@littler.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Tuesday, October 6, 2026 12:33:40 PM GMT-04:00

Following up on this email.

Thanks,

**Subject**: RE: Callington Productions
**From**: "Levy, Emily" <ELevy@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Tuesday, October 6, 2026 1:55:41 PM GMT-04:00
**Date Received**: Tuesday, October 6, 2026 1:55:58 PM GMT-04:00

Hi Agatha,

Thank you for your follow up. We want to understand the reason for your request. As discussed this morning at the status conference, the next issue is Mr. Callington responding to UL's discovery requests, which were due on September 30, and meeting and conferring. If you would like to discuss your request at the meeting, we are happy to do so. Please let us know when you are available to meet.

Thank you,

Emily

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Levy, Emily" <ELevy@littler.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Tuesday, October 6, 2026 2:03:48 PM GMT-04:00

The purpose of the request is to have an index of the documents you produced and corresponding confidentiality designations. I am available to meet anytime after 12:30pm on Wednesday, Thursday or Friday next week.

**Subject**: RE: Callington Productions
**From**: "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>,"Levy, Emily" <ELevy@littler.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Seychel, Jenna" <JSeychel@littler.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Thursday, October 8, 2026 11:00:15 AM GMT-04:00
**Date Received**: Thursday, October 8, 2026 11:02:55 AM GMT-04:00

Agatha,

We are available to meet and confer next Wednesday, October 14, at 1:00 PM Central / 2:00 PM Eastern. Please confirm your availability and I will circulate a Teams invite.

Best,

Shannon

Shannon Lemajeur Miller

Associate Attorney

T +1 (312) 558-5213

M +1 (847) 361-9457

shannon.miller@winstontaylor.com

Admitted to practice in Illinois

**Subject**: RE: Callington Productions
**From**: "Seychel, Jenna" <JSeychel@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>,"Levy, Emily" <ELevy@littler.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Friday, October 9, 2026 9:49:30 AM GMT-04:00
**Date Received**: Friday, October 9, 2026 9:52:02 AM GMT-04:00
**Attachments**: Production Log - All Productions.pdf

Hi Agatha,

As requested, attached is a PDF identifying the documents produced on August 27 and August 31, including the corresponding Bates ranges and confidentiality designations.

Thank you,

Jenna Seychel

Attorney at Law

+1 614.463.4217 direct, +1 248.924.0349 mobile

41 S High St, Suite 3250, Columbus, OH 43215

JSeychel@littler.com

Pronouns: She/Her

[cid:image001.png@01DD57D3.106DA500]

[cid:image002.png@01DD57D3.106DA500]

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Carter, Pat" <PCarter@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Friday, October 9, 2026 12:49:42 PM GMT-04:00

Thank you, but this is not what we asked for. Please refer back to my original email, which specifically asks for the original file name alongside bates ranges. This is absolutely necessary because none of the native documents produced bear a bates number or confidentiality designation, as far as I can tell.

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Carter, Pat" <PCarter@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Wednesday, October 14, 2026 2:21:45 PM GMT-04:00
**Attachments**: Image_261014_141851.jpeg,IMG_8516.jpeg,IMG_8517.jpeg,IMG_8515.jpeg

Additionally, after multiple unsuccessful attempts at accessing these productions via the zip files provided, I have now retrieved the so-called "hard drive" that you sent to my office address. The device (which is actually a USB flash drive, and not an external hard drive) appears to be password protected, and neither of the previously provided passwords works to unlock it. Please see the attached photos for reference and let me know if I should try a different password.

Attachment: Image_261014_141851.jpeg




Attachment: IMG_8516.jpeg




Attachment: IMG_8515.jpeg

**Subject**: RE: Callington Productions
**From**: "Seychel, Jenna" <JSeychel@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Carter, Pat" <PCarter@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Wednesday, October 14, 2026 2:42:27 PM GMT-04:00
**Date Received**: Wednesday, October 14, 2026 2:42:53 PM GMT-04:00

Hi Agatha,

The drive password is QrNK49!j.

Thank you,

Jenna Seychel

Attorney at Law

+1 614.463.4217 direct, +1 248.924.0349 mobile

41 S High St, Suite 3250, Columbus, OH 43215

JSeychel@littler.com

Pronouns: She/Her

[cid:image001.png@01DD5BEA.1F6AC9F0]

[cid:image002.png@01DD5BEA.1F6AC9F0]

**Subject**: Re: Callington Productions
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: "Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Levy, Emily" <ELevy@littler.com>, "Carter, Pat" <PCarter@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Monday, October 19, 2026 3:40:38 PM GMT-04:00

Thanks Jenna, et al. I now have Image files and Natives downloaded for "Callington Documents-0000001" through "Callington Documents-0367968." As discussed at our meet-and-confer last Friday, please kindly confirm that this is the entirety of the production.

Best,

Agatha

**Subject**: RE: Callington Productions
**From**: "Levy, Emily" <ELevy@littler.com>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>,"Seychel, Jenna" <JSeychel@littler.com>
**Cc**: "Carter, Pat" <PCarter@littler.com>, "Miller, Shannon Lemajeur" <shannon.miller@winstontaylor.com>, "Griffith, Kevin" <KGriffith@littler.com>, "Hofstetter, John" <JHofstetter@littler.com>, "Witz, James" <JWitz@littler.com>, "Kienzler, Rick" <RKienzler@littler.com>, "McEvoy, Vivienne" <VMcEvoy@littler.com>, "Abing, Carol" <carol.abing@winstontaylor.com>, "Roche, Michael" <michael.roche@winstontaylor.com>
**Date Sent**: Tuesday, October 20, 2026 1:57:25 PM GMT-04:00
**Date Received**: Tuesday, October 20, 2026 1:57:39 PM GMT-04:00

Hi Agatha,

Callington Documents-0367968 is the Production Begin Number for the last document in this production set, but the last number used in the this production was Callington Documents-0367976. Please let us know if you have any questions.

Best,

Emily