**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UL LLC

Plaintiff,

v.

Case No.: 1:24−cv−05631
Honorable Andrea R. Wood

Joshua Callington

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Albert Berry III: Plaintiff's Motion to Compel [156] is granted in part and denied in part. The motion is granted to the extent it seeks an order compelling Defendant to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents. The motion is denied to the extent it seeks production within seven days of this order and an order deeming all objections waived. As explained in Defendant's brief in response and accompanying materials, Defendant struggled to open the document production from Plaintiff due to technical difficulties that were not fully resolved until 10/19/26. Between these difficulties and the upcoming Thanksgiving Holiday, the Court does not believe it would be fair to find that Defendant has waived objections or to order a response in 7 days. The Court instead orders that Defendant respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents by 12/4/26. If Defendant seeks additional time to respond, she must first confer with opposing counsel before filing any motion to extend that deadline. Failure to respond by the deadline or seek a timely extension will result in waiver of any objections to Plaintiff's discovery requests. The Court also denies the motion to the extent it seeks fees and costs, as the Court believes it would be unjust to order payment of fees for the reasons discussed above. See FRCP 37(a)(5)(A)(iii). The motion hearing set for 12/3/26 is stricken. A video status hearing is set for 12/16/26 at 10:30 a.m. to discuss the progress of discovery and set a new fact discovery deadline [157]. Instructions will be emailed to the parties. Members of the public and media will be able to call in to listen to this hearing. Please call (855)−244−8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.