**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UL LLC,** | ) | |
| | ) | |
| | ) | Case No. 1:24-cv-05631 |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | Hon. Judge Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Albert Berry III |
| **JOSHUA CALLINGTON,** | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**PLAINTIFF UL LLC'S STATUS REPORT**

Pursuant to the Court's October 6, 2026 order (ECF No. 155), Plaintiff/Counter-Defendant UL LLC ("UL"), by and through its undersigned counsel, hereby states as follows:

1. The Court's October 6, 2026 order (ECF No. 155) states, in part: "The parties shall file a joint status report on 11/20/26 reporting on the progress and completion of discovery." Accordingly, on November 18, 2026, counsel for UL sent a draft joint status report to counsel for Defendant/Counter-Plaintiff Joshua Callington ("Callington"), asking if she had any proposed edits. *See* Ex. A.

2. Counsel for Callington refused to work collaboratively, instead responding: "We'll be filing on our own." *See id*. As such, UL submits this Status Report solely on its behalf.

3. On October 29, 2026, UL filed its Motion to Compel Discovery Responses (the "Motion"). (ECF No. 156.)

4. Callington filed his Response in Opposition to the Motion on November 17, 2026 (the "Response"). (ECF No. 158.) Notably, Callington filed the Response one day after the Court-

ordered deadline. (*See* ECF No. 157 ("Any opposition [to the Motion] must be filed on or before 11/16/26.").) This is the latest example of Callington's disregard for the Court's filing deadlines.[1]

5. On November 17, 2026, the Court granted in part and denied in part UL's Motion, ordering Callington to "respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents by 12/4/26." (ECF No. 159.)

6. On November 19, 2026, Callington served his Responses and Objections to UL's First Set of Requests for Production of Documents, which UL is in the process of reviewing and reserves all rights. Callington has not responded to UL's First Set of Interrogatories.

7. UL will continue to try to work collaboratively with Callington toward completing discovery and will be able to update the Court on the parties' progress at the next video status hearing scheduled for December 16, 2026 at 10:30 AM Central. (*See id.*)

Date: November 20, 2026

Respectfully submitted,

*/s/ Michael Roche*

Michael Roche
Shannon Lemajeur Miller
WINSTON TAYLOR
300 North LaSalle Drive
Suite 4400
Chicago, IL 60654-3406

---

[1] *See* ECF No. 137 at 1 n.1 (noting that Callington filed his Opposition Brief to UL's Motion to Dismiss Callington's First Amended Counterclaims "***one day after*** the Court-ordered deadline (*see* ECF 133)" and explaining that "Callington's blatant noncompliance has been consistent throughout this case, as Callington has missed deadlines on at least three (3) other occasions, including: (1) Callington filed his Reply in Support of his Motion to Strike or Dismiss All Claims Pursuant to Anti-SLAPP Provisions of Oregon Law ***one day after*** the Court-ordered deadline (*see* ECF 43, 46); (2) although Callington requested an extension until June 14, 2025 to file his Response to UL's Motion for Preliminary Injunction, he filed his Response ***one day after*** the Court-ordered deadline (*see* ECF 64, 68-69); and (3) Callington filed his Reply Brief in Support of his Motion to Reconsider, Supplement, Amend, and/or Clarify ***one day after*** the Court-ordered deadline, and later filed an amended Reply (*see* ECF 100, 107-108). The repeated nature of Callington's noncompliance with Court-ordered deadlines has become a consistent practice rather than an isolated oversight.").

Tel. 312-558-5600
Fax 312-558-5700
mroche@winstontaylor.com
slmiller@winstontaylor.com

Richard T. Kienzler
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Tel. 312-372.5520
Fax 312-372-7880
rkienzler@littler.com

Kevin E. Griffith (admitted *pro hac vice*)
Emily E. Levy (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
41 South High Street, Suite 3250
Columbus, OH 43215
Tel. 614-463-4210
Fax 614-737-9135
kgriffith@littler.com
elevy@littler.com

*Attorneys for UL LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2026, I caused a true and correct copy of the foregoing to be filed electronically. Counsel of record for Defendant and Counter-Plaintiff Joshua Callington may access this filing through the Court's system.

*/s/ Shannon Lemajeur Miller*
Counsel for Plaintiff UL LLC