# Exhibit A

**From:** Agatha M. Cole
**To:** Miller, Shannon Lemajeur
**Cc:** Kienzler, Rick; Seychel, Jenna; Levy, Emily; Roche, Michael
**Subject:** Re: UL v. Callington - Draft Joint Status Report
**Date:** Thursday, November 19, 2026 6:17:13 PM
**Attachments:** image001.png

---

Hi Shannon,

We'll be filing on our own.

Thanks,

Agatha

--

**Agatha M. Cole** (she/her)
*Beverly PLLC*
agatha@beverlypllc.com +1 (828) 773-2628
43 West 43rd Street, Suite 159, New York, NY 10036

On Thu, Nov 19, 2026 at 16:23 Miller, Shannon Lemajeur <shannon.miller@winstontaylor.com> wrote:

> Hi Agatha,
>
> I am following up on my email below.
>
> Best,
>
> Shannon
>
> WINSTON TAYLOR.
>
> **Shannon Lemajeur Miller**
>
> Associate Attorney
>
> - T +1 (312) 558-5213

- M +1 (847) 361-9457
- shannon.miller@winstontaylor.com

*Admitted to practice in Illinois*

---

**From:** Miller, Shannon Lemajeur
**Sent:** Wednesday, November 18, 2026 3:08 PM
**To:** Agatha M. Cole <agatha@beverlypllc.com>
**Cc:** Kienzler, Rick <rkienzler@littler.com>; Seychel, Jenna <jseychel@littler.com>; Levy, Emily <elevy@littler.com>; Roche, Michael <MRoche@winston.com>
**Subject:** UL v. Callington - Draft Joint Status Report

Hi Agatha,

I hope you are doing well. The Magistrate Judge's October 6, 2026 minute entry (ECF No. 155) states: "The parties shall file a joint status report on 11/20/26 reporting on the progress and completion of discovery." Accordingly, please see the attached draft joint status report. Please let us know if you have any proposed edits and if we have your permission to file.

Thank you,

Shannon

WINSTON TAYLOR.

**Shannon Lemajeur Miller**

Associate Attorney

- T +1 (312) 558-5213
- M +1 (847) 361-9457
- shannon.miller@winstontaylor.com

300 N. LaSalle Dr., Chicago, IL 60654-3406

*Admitted to practice in Illinois*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.